IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

Between in or about August 1, of 2020, and August 6, of 2020, in the State and District of Colorado, within the boundaries of the United States Air Force Academy, an area within the special maritime and territorial jurisdiction of the United States, the defendant, JOSE GALIANO, did knowingly cause Victim #1 to engage in a sexual act, to wit: contact between the penis and the vulva, by using force against Victim #1.

All in violation of Title 18, United States Code, Section 2241(a)(1).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: *s/ Thomas Minser*
Thomas Minser
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0203
E-mail:  Thomas.Minser@usdoj.gov
Attorney for Government