DEFENDANT:  JOSE GALIANO a/k/a JOSE GALIANO APAZA

YEAR OF BIRTH:  2000

COMPLAINT FILED?  _____ YES   __X__ NO

OFFENSES:

    Count 1: Aggravated Sexual Abuse – 18 U.S.C. § 2241(a)(1)

LOCATION OF OFFENSE
(County and State):  El Paso, Colorado

PENALTY:

    Count 1: NMT life imprisonment, NMT a $250,000 fine, or both; NMT 5 years of supervised release; and a $100 special assessment fee

AGENT/DEPUTY:        Special Agent Kristen Brandt, USAF OSI

AUTHORIZED BY:       Thomas Minser, Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less      _____ over five days _____ other

THE GOVERNMENT

__X__ Will *not* seek detention in this case.
    The statutory presumption of detention *is not* applicable to this defendant.