AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
|   | ) Case No. 22-cr-208-RMR |
| JOSE GALIANO | ) |
| a/k/a JOSE GALIANO APAZA | ) |
|   | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSE GALIANO a/k/a JOSE GALIANO APAZA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  Aggravated sexual abuse - 18 USC § 2241(a)(1)

Date:   06/22/2022                                                                                         s/ A. Garcia-Garcia Deputy Clerk
                                                                                                                          *Issuing officer's signature*

City and state:   Denver, Colorado                                                           Jeffrey P. Colwell Clerk of Court
                                                                                                                          *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                                                                          *Arresting officer's signature*

                                                                                                                          *Printed name and title*