**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT**

---

    Mark Edward Scabavea of SCABAVEA & ASSOCAIATES, LLC, hereby enters his appearance as counsel of record for the above-named Defendant and further requests that all future documents, pleading, notices and other matters be directed to the address and telephone number set forth below.

    Respectfully submitted this 28th day of June, 2022.

                              **SCABAVEA & ASSOCIATES, LLC**

                              <u>s/ Mark E. Scabavea</u>
                              MARK EDWARD SCABAVEA
                              301 Sheridan Blvd.
                              Lakewood, Colorado 80226
                              Office: (707) 592-5571
                              scabaveallc@icloud.com

## CERTIFICATE OF SERVICE (CM/ECF)

       I hereby certify that on June 28, 2022, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Thomas Misner
Thomas.Minser@usdoj.gov

Al Buchman
Al.Buchmean@usdog.gov

                                 s/ Mark E. Scabavea
                                 MARK EDWARD SCABAVEA
                                 301 Sheridan Blvd.
                                 Lakewood, Colorado 80226
                                 Office: (707) 592-5571
                                 scabaveallc@icloud.com