**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:22-cr-00208-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

      Defendant.

---

**PROTECTIVE ORDER**

---

Before the Court is the government's unopposed motion for entry of a Protective Order under Federal Rule of Criminal Procedure 16(d)(1). Because the Court finds good cause exists, the motion is GRANTED.

Accordingly, IT IS ORDERED:

1.      This Protective Order shall apply to all documents, materials, audio, video or other objects produced under Fed. R. Crim. P. 16 in this case and marked "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" ("Confidential Information").

2.      The following may be designated and disclosed as Confidential Information: any materials that reference personal identifying information of the victim, including but not limited to her name, initials, date of birth, and contact information.

3.      Confidential Information may be disclosed to the defendant's attorney in

the course of discovery in this case to expedite the flow of discovery material among the parties, facilitate the prompt resolution of disputes over confidentiality, and to ensure that protection is afforded only to material so entitled.

4.      The protections granted by this Protective Order shall not be waived.

5.      The defendant, including defense counsel and his staff, may use the Confidential Information only for purposes of the litigation.

6.      Confidential Information may not be publicly disseminated without prior approval by the Court.

7.      Defense counsel will take reasonable measures to ensure that counsel and members of the defense team safeguard the above-referenced Confidential Information.

8.      For all filings in the course of this case, a pseudonym shall be used to refer to the victim, such as "Victim #1."

9.      All materials to be filed with the Court, including any attachments or exhibits to motions, which contain Confidential Information shall be filed under level 2 restriction without necessity of obtaining a Court order.

10.     The defense may object to the designation of discovery as Confidential Information. Objections shall be filed within the deadline for filing of pretrial motions or no later than 10 days after receipt of discovery if tendered after the motions filing deadline.

11.     Before filing any objection under paragraph 10, the defendant must confer with counsel for the government to resolve any objections.

12.     The Court may modify this Protective Order where good cause is shown.

.

Dated this 29th Day of June, 2022.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge

3