AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 JUN 29 AM 10: 39
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br><br>**JOSE GALIANO**<br>a/k/a JOSE GALIANO APAZA<br><br>*Defendant* | )<br>)<br>)   Case No. 22-cr-208-RMR<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSE GALIANO a/k/a JOSE GALIANO APAZA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Aggravated sexual abuse - 18 USC § 2241(a)(1)

Date: 06/22/2022

s/ A. Garcia-Garcia Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 6/22/22, and the person was arrested on *(date)* _____
at *(city and state)* Colorado Springs, CO

Date: 6/27/22

*Arresting officer's signature*

SA Adam Mendez
*Printed name and title*