**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSE GALIANO,
        a/k/a JOSE GALIANO APAZA,

    Defendant.

## MOTION FOR OF ISSUANCE OF SUBPOENAS

Defendant Jose Galiano Apaza, through his attorney, Mark Edward Scabavea, respectfully requests this issuance of the attached subpoenas as defense witnesses for trial.

The attached subpoenas are for defense witnesses who are Cadets and Officers at the United States Air Force Academy. The Air Force Academy demands that all of its Cadets and Officers that are required for the trial in the above-captioned case be subpoenaed by this Court in order for the Cadets and Officers to appear and testify as witnesses.

WHEREFORE, Defendant respectfully requests this Honorable Court issue the attached subpoenas for trial in the above-captioned case.

Respectfully submitted this 21st day of August, 2022.

                                        **SCABAVEA & ASSOCIATES, LLC**

                                        s/ Mark E. Scabavea
                                        MARK EDWARD SCABAVEA
                                        301 Sheridan Blvd.
                                        Lakewood, Colorado 80226
                                        Office:  (720) 646-7970
                                        scabaveallc@icloud.com
                                        *Attorney for Defendant*


## **CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on August, 21 2022, I electronically filed the foregoing Motion for Issuance of Subpoenas with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Thomas Misner
Thomas.Minser@usdoj.gov

Al Buchman
Al.Buchmean@usdog.gov

                                        s/ Mark E. Scabavea
                                        MARK EDWARD SCABAVEA
                                        301 Sheridan Blvd.
                                        Lakewood, Colorado 80226
                                        Office: (720) 646-7970
                                        scabaveallc@icloud.com