IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

## SECOND MOTION FOR OF ISSUANCE OF SUBPOENA

Defendant Jose Galiano Apaza, through his attorney, Mark Edward Scabavea, respectfully requests this issuance of the attached subpoena as a defense witness for trial.

The attached subpoena is for a defense witness who is an Office of Special Investigations ("OSI") Agent at the United States Air Force Academy. The Air Force Academy demands that all of its personnel that are required for the trial in the above-captioned case be subpoenaed by this Court in order for them to appear and testify as witnesses.

WHEREFORE, Defendant respectfully requests this Honorable Court issue the attached subpoena for trial in the above-captioned case.

1

Respectfully submitted this 13st day of October, 2022.

**SCABAVEA & ASSOCIATES, LLC**

<u>s/ Mark E. Scabavea</u>
MARK EDWARD SCABAVEA
301 Sheridan Blvd.
Lakewood, Colorado 80226
Office:  (720) 646-7970
scabaveallc@icloud.com
*Attorney for Defendant*

2

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on October 13, 2022, I electronically filed the foregoing Second Motion for Issuance of Subpoena with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Thomas Misner
Thomas.Minser@usdoj.gov

Al Buchman
Al.Buchmean@usdog.gov

                                  s/ Mark E. Scabavea
                                  MARK EDWARD SCABAVEA
                                  301 Sheridan Blvd.
                                  Lakewood, Colorado 80226
                                  Office: (720) 646-7970
                                  scabaveallc@icloud.com