**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JOSE GALIANO,
         a/k/a JOSE GALIANO APAZA,

      Defendant.

---

**NOTICE OF CONVENTIONALLY SUBMITTED MATERIAL FOR
INV_00000427, INV_00000428 INV_00000429 INV_00000430, INV_00000431
AND INV_00000432**

---

Defendant Jose Galiano Apaza ("Defendant"), by and through his attorney, Mark Edward Scabavea of SCABAVEA & ASSOCIATES, LLC, respectfully submits the following conventionally submitted material to this Honorable Court:

Video in mp4 format titled :" INV_00000427, INV_00000428, INV_00000429, INV_00000430, INV_00000431, and INV_00000432."

Respectfully submitted this 24th day of October, 2022.

                      **SCABAVEA & ASSOCIATES, LLC**

                      <u>s/ Mark E. Scabavea</u>
                      MARK EDWARD SCABAVEA
                      301 Sheridan Blvd.
                      Lakewood, Colorado 80226
                      Office:  (720) 646-7970
                      scabaveallc@icloud.com
                      *Attorney for Defendant*

## CERTIFICATE OF SERVICE (CM/ECF)

   I hereby certify that on October 24, 2022, I electronically filed the foregoing Notice of Conventionally Submitted Material with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Thomas Misner
Thomas.Minser@usdoj.gov

Al Buchman
A.Buchman@usdoj.gov

             s/ Mark E. Scabavea
             MARK EDWARD SCABAVEA
             301 Sheridan Blvd.
             Lakewood, Colorado 80226
             Office: (720) 646-7970
             scabaveallc@icloud.com