IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Criminal Case No. 1:22-cr-00208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR AN ORDER DISCLOSING MENTAL HEALTH RECORDS [ECF 22]

The United States of America (Government) by United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, responds to the defendant's motion requesting disclosure of the victim's mental health records [ECF 22] filed on October 5, 2022, and requests that it be denied.

The government is aware of its ongoing discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and Rule 16 of the Federal Rules of Criminal Procedure. It has provided extensive discovery in the matter, and will continue to honor its discovery obligations as required. However, the government does not have, nor is aware of, the records the defense is requesting in its motion. *See United States v. Beers*, 189 F.3d 1297, 1304 (10th Cir. 1999) (holding *Brady* only requires the disclosure of

information within the government's possession or knowledge).

The defendant's motion provides no reliable evidence that the records actually exist let alone are within the possession of the prosecution, and he fails to cite any relevant federal authority on the issue. Accordingly, the government requests the defendant's motion be denied.

                                    Respectfully submitted,

                                    COLE FINEGAN
                                    United States Attorney

By:    /s/ Thomas Minser
       THOMAS MINSER
       Assistant United States Attorney
       1801 California St., Suite 1600
       Denver, Colorado 80202
       Phone: (303) 454-0203
       Fax: (303) 454-0405
       E-mail: Thomas.Minser@usdoj.gov
       Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2022, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR AN ORDER DISCLOSING MENTAL HEALTH RECORDS [ECF 22]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

                                    s/ Deana Ambrosen
                                    Legal Assistant
                                    United States Attorney's Office