**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JOSE GALIANO,
           a/k/a JOSE GALIANO APAZA,

      Defendant.

## DEFENDANT'S MOTION TO RESTRICT DOC. NOS. 26-28

      Defendant Jose Galiano Apaza ("Defendant"), by and through his attorney, Mark Edward Scabavea, of Scabavea & Associates, LLC, respectfully moves for an Order restricting Doc. No. 26-28 to a "Level 2" Restriction.

      The above documents contain both reports and actual recordings which contain personally identifying information of the alleged victim.  Undersigned Counsel believed that those documents were already restricted under Doc. No. 13; however, after an email conversation with AUSA Buchman, Undersigned Counsel now realizes that were not filed under Level 2 restriction.  Undersigned Counsel apologizes to the Court, Alleged Victim and the Government for his failure to move to restrict the above documents when they were filed.  Accordingly, now Undersigned Counsel moves this Honorable Court to restrict documents Doc. Nos. 26-28.

1

Respectfully submitted this 4th day of November, 2022.

<u>s/ Mark E. Scabavea</u>
MARK EDWARD SCABAVEA
301 Sheridan Blvd.
Lakewood, Colorado 80226
Office:  (707) 592-5571
markscabavea@icloud.com
*Attorney for Defendant*

2

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on November 4, 2022, I electronically filed the foregoing Defendant's Motion to Restrict Doc. Nos. 26-28, with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Thomas Misner
Thomas.Minser@usdoj.gov

Al Buchman
Al.Buchmean@usdog.gov

                                             s/ Mark E. Scabavea
                                             MARK EDWARD SCABAVEA
                                             301 Sheridan Blvd.
                                             Lakewood, Colorado 80226
                                             Office: (720) 646-7970
                                             scabaveallc@icloud.com