IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-00208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

## PROPOSED VERDICT FORM

The United States of America (the Government), by United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, respectfully submits the following proposed verdict form.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Thomas Minser*
THOMAS MINSER
Assistant United States Attorneys
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0203
Fax:  (303) 454-0405
E-mail: Thomas.Minser@usdoj.gov
Attorney for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-00208-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE GALIANO,
     a/k/a JOSE GALIANO APAZA,

      Defendant.

---

**VERDICT FORM**

---

**COUNT 1:**

We, the jury, upon our oaths, unanimously find the defendant, JOSE GALIANO, as to Count 1 of the Indictment:

    _____    Not guilty

    _____    Guilty


_____                              _____
DATE                                                      FOREPERSON