## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE GALIANO,
      a/k/a JOSE GALIANO APAZA,

      Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as co-counsel for:

      Jose Galiano,  a/k/a Jose Galiano Apaza, Defendant

      DATED at Denver, Colorado this 14th day of November, 2022.

Respectfully Submitted,

SHERWOOD, McCORMICK & ROBERT
s/ Michon L. Hughes
Michon L. Hughes, OBA #22184
15 W. 6th St., Ste. 2800
Tulsa, OK 74119
Phone (918) 592-1144
Fax    (918) 576-6907
michon@smr-law.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrant(s):

Thomas Misner
Thomas.Minser@usdoj.gov

Al Buchman
Al.Buchmean@usdog.gov

s/ Michon L. Hughes

---

[1] (Notably, this does narrow it down to the likelihood that the "Victim #1" is female.)