**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

CASE NO. 22-cr-00208-RMR                                    DATE: November 17, 2022

CASE CAPTION *United States of America v. Jose Galiano*

<u>THE GOVERNMENT'S WITNESS LIST – MOTION TO SUPPRESS</u>

|  | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Direct | Cross | Total |
| 1. | U.S. | Lt. Colonel Amanda Patton, USAFA | Witness | 11/17/2022 | 15 min | 15 min | 30 min. |
| 2. | U.S. | M. Sgt. Christopher Hughes, USAFA | Witness | 11/17/2022 | 15 min. | 15 min. | 30 min. |
| 3. | U.S. | Detective Joy Moss, El Paso County Sheriff's Office | Witness | 11/17/2022 | 20 min. | 40 min. | 60 min. |
| 4. |  |  |  |  |  |  |  |