IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

**DEFENDANT'S MOTION FOR ISSUANCE OF SUBPOENAS**

Defendant Jose Galiano Apaza, through his attorneys, Michon L. Hughes and Mark Edward Scabavea, respectfully requests this issuance of the attached subpoenas as defense witnesses for the Hearing scheduled for November 21, 2022 at 1:00 pm.

The attached subpoenas are for defense witnesses, which include Cadets and Officers at the United States Air Force Academy. The Air Force Academy demands that all of its Cadets and Officers who are required for the hearing in the above-captioned case be subpoenaed by this Court in order for the Cadets and Officers to appear and testify as witnesses.

WHEREFORE, Defendant respectfully requests this Honorable Court issue the attached subpoenas for trial in the above-captioned case.

Respectfully submitted this 17th day of November 2022.

                              SHERWOOD, McCORMICK & ROBERT

                              s/ Michon L. Hughes
                              Michon L. Hughes, OBA #22184
                              15 W. 6th St., Ste. 2800
                              Tulsa, OK 74119

Phone (918) 607-6024  
Fax     (918) 576-6907  
michon@smr-law.com  
*Attorney for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrant(s):

Thomas Misner  
Thomas.Minser@usdoj.gov

Al Buchman  
Al.Buchmean@usdog.gov

                                                s/ Michon L. Hughes