## GOVERNMENT'S LIST OF EXHIBITS – MOTION TO SUPPRESS

CASE NO. <u>22-cr-00208-RMR</u>

CASE CAPTION: <u>United States of America vs. Jose Galiano</u>  DATE: <u>November 17, 2022</u>

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1(A) 1(B) 1(C) | Moss | Defendant Interview (INV_428-30) | | | | | | | |
| 2. | Patton /Hughes | Reports (INV_1775-76) | | | | | | | |
| 3. | Patton/ Hughes/ Moss | Air Force Academy Map (INV_1241) | | | | | | | |
| 4. | Moss | Reports (INV_410-11) | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |