# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Regina M. Rodriguez

CASE NO. <u>22-cr-00208-RMR</u>                                              DATE: <u>November 17, 2022</u>

CASE CAPTION <u>*United States of America v. Jose Galiano*</u>

### DEFENDANT'S EXHIBIT LIST – MOTION TO SUPPRESS

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTHENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1(A) 1(B) 1(C) | Moss | Defendant Interview (INV_428-30) | | | | | | | |
| 2. | Patton /Hughes | Reports (INV_1775-76) | | | | | | | |
| 3. | Patton/ Hughes/ Moss | Govt's Inv_555-556 (Declination) | | | | | | | |
| 4. | Moss | Reports (INV_410-11) | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5. | Dr. Fukataki | Report and CV | | | | | | | |
| 6 | Authenticity by William Dionicio if needed by Cisco | Final_Demonstrative_1.mp4 | | | | | | | |
| 7. | Moss/Brandt | Govt's Inv_363-409 (Trans. of Galiano's Interview) | | | | | | | |
| 8. | Moss | Govt's Inv._410-412 (witness Interview Notes) | | | | | | | |
| 9. | Moss/Brandt/Patton | Govt's Inv._1242 (Notice) | | | | | | | |
| 10. | Authenticity by William Dionicio if needed by Cisco | Demonstrative Timestamps.heic | | | | | | | |
| 11. | Any Exhibits necessary for Impeachment/Rebuttal | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12. | Any Exhibits introduced by USA not objected to by Def. | | | | | | | |