**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

CASE NO. <u>22-cr-00208-RMR</u>                                          DATE: <u>November 17, 2022</u>

CASE CAPTION <u>*United States of America v. Jose Galiano*</u>

## DEFENDANT'S WITNESS LIST – MOTION TO SUPPRESS

|   | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   | Direct | Cross | Total |
| 1. | Def | Special Agent Kristen Brandt<br><br>Via Cisco Meeting App | Fact/Impeach | 11/21 | 45 min | 15 min | 60 min |
| 2. | Def | Karen Fukutaki, MD<br><br>Via Cisco Meeting App | Expert/Fact | 11/21 | 30 min | 20 min | 50 min |
| 3. | Def | Jose Galiano (reserved) | Fact | 11/21 | 20 min |  |  |
| 4. | Def | Detective Moss<br><br>El Paso County Sheriff's Office | Fact/Impeach | 11/21 | 20 min |  |  |

| 5. | Def | William Dionicio<br><br>Via Cisco Meeting App | Authentication of demonstrative exhibits, if necessary | 11/21 | 5 min | 5 min | 10 min |
|---|---|---|---|---|---|---|---|
| 6. | Def | Lt. Colonel Amanda Patton, USAFA | Fact/Impeach | 11/21 | 10 min | 10 min | 20 min |
| 7. | Def | Any witness listed by the Government | | 11/21 | 20 min | | |
| 8. | Def | Reserved: any witnesses needed for rebuttal, impeachment, or authenticity | | 11/21 | 20 min | | |
| 9. | | | | | | | |
| 10. | | | | | | | |
| 11. | | | | | | | |