IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

## GOVERNMENT'S UNOPPOSED MOTION TO DISCLOSE GRAND JURY MATERIALS TO THE DEFENDANT

The United States of America by United States Attorney Cole Finegan, through the undersigned Assistant U.S. Attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), for an order authorizing the Government to disclose grand jury materials to the defendant and the defendant's attorney, as part of discovery in this case, with the terms and conditions outlined below.

As grounds for this motion, the Government states as follows:

1. Fed. R. Crim. P. 6(e), generally prohibits the disclosure of "a matter occurring before the grand jury," unless such disclosure is "preliminarily to or in connection with a judicial proceeding." Fed. R. Crim. P. 6(e)(3)(E)(i).

2. The current case is set for a motion to suppress hearing on November 21, 2022.

3. The government has received copies of the grand jury transcripts and wishes to provide them to defense counsel, as they may constitute Jencks Act material. *See* 18 U.S.C. § 3500; Fed. R. Crim. P. 26.2(f)(3).

4. Accordingly, since the pending case against the defendant is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding, the Government requests the Court's approval to do so.

5. However, because these proceedings (and the related grand jury material) remain secret, *see* Fed. R. Crim. P. 6(e), the Government moves that disclosure only be allowed for purposes of the defense of this case; that such disclosure only be made to the defendant and the defendant's attorney; that such grand jury material be maintained in defense counsel's custody; that such materials shall not be reproduced or disseminated; and that such materials be returned to the United States or destroyed at the end of the case.

6. Undersigned counsel has conferred with defense who has no objection to the relief requested herein.

WHEREFORE, the Government respectfully requests that the Court authorize the disclosure of grand jury materials to the defense, in accordance with the terms and conditions outlined above.

Dated: November 18, 2022

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: /s/ *Thomas Minser*
THOMAS MINSER
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0203
Fax: (303) 454-0405
E-mail: Thomas.Minser@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2022, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION TO DISCLOSE GRAND JURY MATERIALS TO THE DEFENDANT** with the Clerk of the Court using CM/ECF, which will send notification to defense counsel of record.

By: *s/ Deana Ambrosen*
Legal Assistant
United States Attorney's Office