IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE GALIANO,
        a/k/a JOSE GALIANO APAZA,

        Defendant.

## ORDER TO DISCLOSE GRAND JURY MATERIALS

THIS MATTER comes before the Court on the Government's Unopposed Motion to Disclose Grand Jury Materials, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

HAVING REVIEWED the Motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and is it therefore:

ORDERED that the Government's Motion is granted, and that grand jury materials may be disclosed to the defendant and the defendant's attorney in the course of discovery in this case.

It is further ORDERED that such materials shall only be used by the defense in this case; that such materials shall be disclosed only to the defendant and counsel for the defendant; that the defendant's attorney shall maintain custody of such materials and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States or destroyed at the end of the case.

Dated this ___ day of _____, 2022.

                BY THE COURT:

                _____
                HON. REGINA M. RODRIGUEZ
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO