IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Criminal Action No.: 22-cr-00208-RMR
Courtroom Deputy: Kally Myhaver
Interpreter: Bety Ziman, Ellen Klaver

Date:  November 21, 2022
Court Reporter: Terri Lindblom

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE GALIANO,

    Defendant.

*Counsel:*

Thomas Minser
Albert Buchman

Michon Hughes

## COURTROOM MINUTES

**EVIDENTIARY MOTION HEARING**

**1:06 p.m.**    Court in session.

Court calls case. Appearances of counsel.  Defendant present on bond. Interpreters sworn.

This matter is before the Court regarding Defendant's Motion to Suppress Government's Exhibits [ECF No. 26].

Preliminary remarks and background case information by the Court.

Argument regarding Government's objection to Defendant's witness, Special Agent Kristen Brandt.

Defendant's witness, Detective Joy Moss, sworn.

**1:24 p.m.**    Direct examination of Detective Moss by Ms. Hughes.

**Defendant's exhibit 4 is admitted**.

**Defendant's exhibit 7 is referenced.**

2:19 p.m.     Cross-examination of Detective Moss by Mr. Buchman.

Discussion regarding Defendant's use of interpreters.

**2:24 p.m.     Court in recess.**
**2:34 p.m.     Court in session.**

Continued cross-examination of Detective Moss by Mr. Buchman.

2:47 p.m.     Redirect examination of Detective Moss by Ms. Hughes.

Witness excused.

**ORDERED: Government's objection is overruled and Special Agent Kristen Brandt is permitted to testify.**

Defendant's witness, Lt. Colonel Amanda Patton, sworn.

3:02 p.m.     Direct examination of Lt. Colonel Patton by Ms. Hughes.

**Defendant's Exhibit 3 is admitted.**

3:17 p.m.     Cross-examination of Lt. Colonel Patton by Mr. Minser.

**Government's exhibit 3 is admitted.**

3:27 p.m.     Redirect examination of Lt. Colonel Patton by Ms. Hughes.

Witness excused.

**3:46 p.m.     Court in recess.**
**3:50 p.m.     Court in session.**

Defendant's witness, Special Agent Kristen Brandt, sworn.

3:54 p.m.     Direct examination of Special Agent Brandt by Ms. Hughes.

**Defendant's exhibit 9 is admitted.**

4:23 p.m.     Cross-examination of Special Agent Brandt by Mr. Buchman.

4:30 p.m.     Redirect examination of Special Agent Brandt by Ms. Hughes.

**Defendant's exhibit 6 is admitted.**

Witness excused.

Government's witness, Master Sergeant Christopher Hughes, sworn.

4:51 p.m.   Direct examination of Master Sergeant Hughes by Mr. Minser

4:55 p.m.   Cross-examination of Master Sergeant Hughes by Ms. Hughes.

Witness excused.

Closing arguments by Ms. Hughes.

**ORDERED:   Defendant's Motion to Suppress Government's Exhibits [ECF No. 26] is DENIED.**

**ORDERED:   Defendant's bond is continued.**

**5:24 p.m.   Court in recess.**

Hearing concluded.
Total time in court:   4:04