# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JOSE GALIANO,**

    Defendant.

## NOTICE OF APPEARANCE AS CO-COUNSEL FOR MR. GALIANO

COMES NOW, David M. Beller of Recht Kornfeld, P.C. hereby enters his appearance as co-counsel of record for Mr. Galiano and further requests that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

*/s/ David M. Beller*
David M. Beller
Attorney for Defendant Jose Galiano
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
(303) 446-9400 (fax)
david@rklawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2022, I electronically filed the foregoing **Notice of Appearance as Co-Counsel for Mr. Galiano** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


*/s/ Candace Edington*
Paralegal to Mr. Beller