**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JOSE GALIANO,**

    Defendant.

---

**MOTION TO WAIVE CO-COUNSEL'S APPEARANCE FOR TRIAL PREPARATION CONFERENCE, OR IN THE ALTERNATIVE, TO ALLOW CO-COUNSEL TO APPEAR BY VIDEO TELECONFERENCE**

---

    Defendant Jose Galiano, through co-counsel, David M. Beller of Recht Kornfeld, P.C., respectfully moves this Court to waive Mr. Beller's appearance for the Trial Preparation Conference, or in the alternative, for permission for Mr. Beller to appear via video teleconference, and states as follows:

    1.    This case is set for a Trial Preparation Conference on January 23, 2023 at 3:30 p.m.  Trial is set for five days, beginning on February 6, 2023.

    2.    The trial and Trial Preparation Conference dates were set by the Court on November 17, 2022 (ECF Doc. no. 48). Mr. Beller entered his appearance as co-counsel for Mr. Galiano on December 29, 2022.

    3.    In June of 2022, Mr. Beller scheduled a vacation for the week of January 23rd.  His flights, accommodations and other travel reservations are non-refundable.

4. Mr. Beller respectfully requests that this Court waive his appearance for the January 23rd Trial Preparation Conference, or in the alternative, allow him to appear at the Trial Preparation Conference by video teleconference.

5. Michon Hughes will appear at the Trial Preparation Conference for Mr. Galiano in person. Mr. Galiano has no objection to this request by Mr. Beller.

6. Mr. Beller conferred with the government prior to filing this Motion, and the Assistant United States Attorneys indicated that they have no issues with any accommodations Mr. Beller needs to make to appear at the PTC.

WHEREFORE, co-counsel David Beller respectfully requests this Court waive his appearance for the January 23rd Trial Preparation Conference, or in the alternative, permission to appear at the Trial Preparation Conference by video teleconference.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

/s/ David M. Beller
David M. Beller
Co-Counsel for Defendant Jose Galiano
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
(303) 446-9400 (fax)
david@rklawpc.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 12th day of January, 2023, I electronically filed the foregoing **MOTION TO WAIVE CO-COUNSEL'S APPEARANCE FOR TRIAL PREPARATION CONFERENCE, OR IN THE ALTERNATIVE, TO ALLOW CO-COUNSEL TO APPEAR BY VIDEO TELECONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*/s/ Erin Holweger*
Paralegal to Mr. Beller