IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      JOSE GALIANO,
           a/k/a JOSE GALIANO APAZA,

       Defendant.

## FOURTH MOTION FOR OF ISSUANCE OF SUBPOENAS

       Defendant Jose Galiano Apaza, by and through his attorney, Mark Edward Scabavea of SCABAVEA & ASSOCIATES, LLC., respectfully requests the issuance of the attached subpoenas as defense witnesses for trial.

       The attached subpoenas are for defense witnesses who are United States Air Force Officers, Non-Commissioned Officers and Air Force Academy Cadets. The Air Force demands that all of Officers, Non-Commissioned Officers and Air Force Academy Cadets that are required for the trial in the above-captioned case be subpoenaed by this Court in order for them to appear and testify as witnesses.

       WHEREFORE, Defendant respectfully requests this Honorable Court issue the attached subpoenas for trial in the above-captioned case.

1

Respectfully submitted this 13th day of January, 2023.

                                              **SCABAVEA & ASSOCIATES, LLC**

                                              <u>s/ Mark E. Scabavea</u>
                                              MARK EDWARD SCABAVEA
                                              301 Sheridan Blvd.
                                              Lakewood, Colorado 80226
                                              Office:  (720) 646-7970
                                              scabaveallc@icloud.com
                                              *Attorney for Defendant*

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on January 13, 2023, I electronically filed the foregoing Motion for Issuance of Subpoenas with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Thomas Misner
Thomas.Minser@usdoj.gov

Al Buchman
Al.Buchmean@usdog.gov

                                              s/ Mark E. Scabavea
                                              MARK EDWARD SCABAVEA
                                              301 Sheridan Blvd.
                                              Lakewood, Colorado 80226
                                              Office: (720) 646-7970
                                              scabaveallc@icloud.com