IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-00208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

---

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS
_____

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, and the Court's Practice Standards for Criminal Cases, Mr. Galiano, through his respective counsel, respectfully submit these Proposed *Voir Dire* Questions:

**GENERAL BIAS:**

1. The government has alleged that this defendant committed a sexual assault. What is your initial reaction to the allegation and what is your sincere thought on your ability to presume Mr. Galiano innocent?

2. Is there anything about the allegation or the Defendant that causes you concern about your ability to be a fair juror in this case?

3. Does anyone believe that it's best to err on the side of believing women who say they are sexual assault victims as a rule?

4. Does anyone believe it is unlikely a person would make up allegations of sexual assault? How so?

5. What is your opinion of #metoo?

    a. Has it gone too far?

    b. Does it need to go further?

6. Have you received any training or had any volunteer/work experiences working with victims of sexual assault?"

**<u>CONSTITUTIONAL BIAS:</u>**

7. What is your primary concern about presuming someone with this type of charge or the defendant not guilty that may make it difficult for you to presume him to be innocent?

8. How do you reconcile the presumption of innocence with the fact that the government is telling you he's guilty?

9. Does the fact that someone has been charged in federal court or investigated by the office of Special Investigations make it seem more likely to you that a crime in fact occurred?  Why or why not?

10. The government must prove to you beyond a reasonable doubt not just what they say happened, but what Mr. Galiano was thinking when it happened. Are you able to hold the government to that burden?

11. Do you have concerns about that?  Why?

12. The burden is on the government. The defense does not have to prove anything, or even testify.  If he chooses to not testify, how does it change your ability to presume his innocence? How so?

13. If the defendant's actions before, during, or after being accused of sexual assault are not what you would personally expect from someone who has been wrongfully

accused, will you automatically disbelieve him?

14. What are your opinions on whether and how someone may falsely confess to a crime they did not commit?

**RACIAL/CULTURAL BIAS:**

15. Do you believe that immigrants have a predisposition or are more likely to engage in this type of conduct than an American-born man? How so?

16. Do you believe that a member of the military is more likely to engage in this type of conduct than someone not in the military? How so?

17. Do you have any opinions on people in this country speaking Spanish as their primary language? What is it?

18. Do you believe it would be easy to learn a foreign language by immersion?

19. Do you have opinions about the Peruvian culture and men who are Peruvian? What are they?