IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Criminal Case No. 1:22-cr-00208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

### JOSE GALIANO'S PROPOSED VERDICT FORM

Jose Galiano, by and through his counsel, respectfully submits the following proposed verdict form.

    Respectfully submitted,

By: *s/ David M. Beller*

David M. Beller
RECHT KORNFELD, P.C.
1600 Stout St., Ste. 1400
Denver, Colorado 80202
Phone: (303) 573-1900
Fax: (303) 446-9400
E-mail: david@rklawpc.com
Attorney for Mr. Galiano

1

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Criminal Case No. 1:22-cr-00208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

## VERDICT FORM

### COUNT 1

**COUNT 1: Aggravated Sexual Abuse**

We, the jury, upon our oaths, unanimously find Mr. Galiano, in Count 1 of the indictment, charging Mr. Galiano with Aggravated Sexual Abuse.

_____    Not Guilty

_____    Guilty

_____                                     _____
Date                                                                                                                            Foreperson