**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00208-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE GALIANO,
      a/k/a Jose Galiano Apaza,

      Defendant.

---

**UNITED STATES' PROPOSED VOIR DIRE QUESTIONS**

---

The United States of America, by and through United States Attorney, Cole Finegan, and undersigned counsel, respectfully submits the following proposed questions for juror voir dire:

**<u>Crime Victim / Charged With Crime</u>**

1.  Have any prospective jurors, relatives, or close friends ever been the victim of a crime?

    a.  If so, what was the crime? If you would prefer not to speak in open Court, this information can be handled privately.

    b.  Would anything about that experience affect your ability to be fair and impartial in this case?

2.  Have any prospective jurors, or relatives, or close friends ever been charged with a crime?

    a.  If so, what was the crime?

    b.  Was the case resolved in a trial or by plea of guilty?

    c.  What sentence was imposed?

    d.  Do you believe they were treated fairly?

    e.  Would that experience interfere with your ability to decide this case fairly and impartially?

## Sexual Crimes

3.  Is there any juror who will have difficulty sitting and listening to testimony concerning matters of a graphic sexual nature and then discussing it with other members of the jury?

4.  Have you, a close friend, or a family member ever been accused of a sexual crime?

5.  Have you, a close friend, or a family member ever been the victim of a sexual crime?

6.  Does any juror think that an individual who is sexually assaulted must have acted or reacted in a certain way before her story becomes believable?

7.  Do you agree that people handle traumatic situations differently?

8.  If the victim's behavior before, during, or after an alleged sexual assault is not what you would personally expect from someone who has been sexually assaulted, will you automatically disbelieve her?

    a.  Can you commit to listening to all the evidence before deciding whether a witness is credible?

9.    Will anyone require that the victim yell, call for help, or run away from the sexual assault in order to believe she was sexually assaulted beyond a reasonable doubt?

10.   Does anyone believe sexual assaults only happen between people who do not know each other well?

11.   Is there anyone here who would have a problem finding the defendant guilty if the only eyewitness to the crime is the victim?

12.   The offense in this case is aggravated sexual abuse. Is there anyone who believes that it would be impossible for them to be fair and impartial simply based on the nature of such charge?

**Military Service and Familiarity**

13.   Is there any juror who has served or currently serves in the military?

    a.  If so, what branch?

    b.  When did you serve?

    c.  What was your specialty?

    d.  Where were you stationed?

14.   Is there any juror who attended the Air Force Academy or another service academy (The United States Military Academy at West Point, The United States Naval Academy, The United States Air Force Academy, The United States Coast Guard Academy)?

15.   Is there any juror who is otherwise especially familiar with the Air Force Academy or another service academy?

**Women and the Service Academies**

16.     Is there any juror who believes women should not attend the United States

        service academies (The United States Military Academy at West Point, The

        United States Naval Academy, The United States Air Force Academy, The

        United States Coast Guard Academy)?

17.     Is there any juror who has strong feelings or beliefs about women who

        choose to attend the academies?

18.     Is there any juror who has strong feelings or beliefs about women who

        choose to join the military generally?

19.     Is there any juror who has strong feelings or beliefs about sexual assaults

        within the military?

**Applying the Law to Military Personnel and Foreign Nationals**

20.     Is there any juror who thinks the laws which apply to sexual assaults within a

        military context should be different than the laws which apply to sexual

        assaults in a civilian context?

21.     Is there any juror who thinks the laws of the United States should not apply to

        a foreign national residing legally within the United States?

22.     Is there any juror who thinks it would be unfair, for any reason, to hold an

        international student accountable under the laws of the United States?

**Law Enforcement**

23.     Members of the Air Force Office of Special Investigations investigated this

matter. Has anyone had any negative encounters with the Air Force Office of Special Investigations?

   a.  If so, would you be able to assess the credibility of a witness from the Air Force Office of Special Investigations just like you would assess the credibility of any other witness?

24.  Have you or any member of your family ever had any experience with law enforcement or the government that would cause you to be biased for or against the government in this case?

## Types of Evidence

25.  Understanding that you as jurors know little about the case at this point in time, is there anyone who believes that they would absolutely require the government to present a certain type or kind of evidence before they could find someone guilty of a crime?

26.  Is there anyone who does not believe witness testimony is evidence?

## Lawsuit / Complaint Against the United States

27.  Have you, or any members of your family, ever been engaged in a lawsuit against the United States government or a department of the United States government?

28.  Have you, or any members of your family, filed a complaint, administrative or other action, against the United States government or a department of the United States government?

## Deliberation Without Concern For Punishment

29.     This is a criminal trial. Your duty, as jurors, will be to determine whether or not the government proved the defendant guilty of the crime charged based on the evidence in the case. It is the judge's duty to determine what punishment, if any, may be imposed in the event of a guilty verdict. Would you be able to assess the evidence in this case and render a verdict without consideration as to the type of sentence or punishment which ultimately may be imposed as result of your verdict?

**Reservations About Being A Juror / Reasonable Doubt**

30.     Is there anyone that has served on a jury prior to this case?

    a.  If so, what type of case was it?

    b.  Was a verdict reached?

31.     During the course of this trial, you may hear two sides. Is there any juror who thinks, just because there are two sides, that there is automatically reasonable doubt?

    a.  Can you accept that that is the nature of a trial and one of your jobs is to resolve those conflicts in determining if the government proved their case beyond a reasonable doubt?

32.     Does any juror have any religious, moral, or philosophical reservations about sitting as a juror in a criminal case, or returning a verdict of guilty, if such a verdict is supported by the evidence?

33.     Is there anything that has not been mentioned, which you believe could affect your ability to be a fair and impartial juror in this case?

**Criminal Investigation Television Shows**

34.    Do any of you watch police/criminal investigative shows, e.g., "CSI" (Crime

Scene Investigation), "Law and Order," "NCIS" (Naval Criminal Investigative

Service), or "Numb3rs"?

a.  What is it about these shows that you like?

35.    Do you believe these shows accurately portray criminal investigations in the

real world?

a.  Do you expect this jury trial to look like one of those shows?

Dated:  January 17, 2023                   Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Thomas Minser*
THOMAS MINSER
Assistant United States Attorneys
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0203
Fax:  (303) 454-0405
E-mail: Thomas.Minser@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, I electronically filed the foregoing **UNITED STATES' PROPOSED VOIR DIRE QUESTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Deana Ambrosen*
Legal Assistant
United States Attorney's Office