# GOVERNMENT'S FINAL LIST OF PROPOSED EXHIBITS FOR TRIAL

CASE NO. 22-cr-00208-RMR

CASE CAPTION: United States of America vs. Jose Galiano  DATE: February 6, 2023

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1. | N/A | Stipulation – Jurisdiction | | X | | | | | |
| 2. | Col. Lukes/ Victim #1 | Air Force Academy Map INV_1241 | | | | | | | |
| 3. | Brandt/ Moss | Defendant Interview INV_428-30 | | | | | | | |
| 4. | Victim #1 | Victim #1 Interview (Feb. 11, 2022) INV_417 | | | | | | | |
| 5. | Victim #1 | Victim #1 Interview (Apr. 20, 2022) INV_1230 | | | | | | | |
| 6. | Victim #1 | Victim #1 Interview (Apr. 26, 2022) INV_421 | | | | | | | |
| 7. | Ritchot | Ritchot Interview INV_462, 1792 | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Gomez | Gomez Interview INV_1705 | | | | | | | |
| 9. | Maravi | Maravi Interview INV_446, 1791 | | | | | | | |
| 10. | Fimian | Fimian Interview INV_434 | | | | | | | |
| 11. | Setzer | Setzer Interview INV_468 | | | | | | | |
| 12. | Mallanoo | Mallanoo Interview INV_440 | | | | | | | |
| 13. | Brandt/ Sawicki/ Beasley/ Toups/ Moss | Reports INV_1202-29; 1244-1702; 1739-40;1742-43; 1748-49; 1754-55; 1761-62; 1767-68; 1773-76; 1780-81 | | | | | | | |
| 14. | McAllister | Report EXP_1-64 | | | | | | | |
| 15. | Brandt/ Moss/Hughes /Patton | MTS Transcript | | | | | | | |
| 16. | Brandt | Grand Jury Transcript GJ_1-21 | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Col. Lukes | Col. Lukes Interview INV_1788-89 | | | | | | | |
| 18. | Self. Authenticating | Initial Appear. Transcript | | | | | | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |