**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

CASE NO. 22-cr-00208-RMR                                   DATE: February 6, 2023

CASE CAPTION: United States v. Jose Galiano

<u>THE GOVERNMENT'S WITNESS LIST FOR TRIAL</u>

|  | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Direct | Cross | Total |
| 1. | U.S. | Colonel Clarence Lukes, USAFA | Witness | 02/07/2023 | 30 min. | 30 min. | 1 hr. |
| 2. | U.S. | Victim #1, USAFA | Witness | 02/07/2023 | 1 hour | 1 hr. | 2 hr. |
| 3. | U.S. | Cadet Christian Ritchot, USAFA | Witness | 02/07/2023 | 30 min. | 30 min. | 1 hr. |
| 4. | U.S. | Cadet Angie Maravi-Campos, USAFA | Witness | 02/08/2023 | 30 min. | 30 min. | 1 hr. |
| 5. | U.S. | Cadet Katelyn Gomez, USAFA | Witness | 02/08/2023 | 30 min. | 30 min. | 1 hr. |
| 6. | U.S. | Cadet Jesse Fimian, USAFA | Witness (testifying remotely) | 02/08/2023 | 15 min. | 15 min. | 30 min |
| 7. | U.S. | M. Sgt. Christopher Hughes, USAFA | Witness | 02/08/2023 | 15 min | 15 min. | 30 min |
| 8. | U.S. | Lt. Colonel Amanda Patton, USAFA* | Witness | 02/08/2023 | 15 min. | 15 min. | 30 min |
| 9. | U.S. | Jean McAllister | Expert - Characteristics of Sexually Abused Individuals | 02/08/2023 | 30 min. | 30 min. | 1 hr. |
| 10. | U.S. | Detective Joy Moss, El Paso County Sheriff's Office | Witness | 02/08/2023 | 30 min. | 30 min. | 1 hr. |
| 11. | U.S. | Special Agent Kristen Brandt, Dept. of the Air Force, Office of Special Investigations* | Witness/Advisory | 02/08/2023 | 30 min. | 30 min. | 1 hr. |
| 12. | U.S. | Special Agent Trey Beasley, Dept. of the Air Force, Office of Special Investigations* | Witness | 02/09/2023 | 15 min. | 15 min. | 30 min |

|  | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Direct | Cross | Total |
| 13. | U.S. | Special Agent Nicole Sawicki, Dept. of the Air Force, Office of Special Investigations* | Witness | 02/09/2023 | 15 min. | 15 min. | 30 min |
| 14. | U.S. | Special Agent Kevin Toups, Dept. of the Air Force, Office of Special Investigations* | Witness | 02/09/2023 | 15 min. | 15 min. | 30 min |
| 15. | U.S. | Cadet Chanon Mallanoo, USAFA* | Witness | 02/09/2023 | 15 min. | 15 min. | 30 min |
| 16. | U.S. | Cadet Andrew Setzer, USAFA* | Witness | 02/09/2023 | 15 min. | 15 min. | 30 min |
| 17. | U.S. | Saehee "Katrina" Kim* | Witness | 02/09/2023 | 15 min. | 15 min. | 30 min |
| 18. |  |  |  |  |  |  |  |
| 19. |  |  |  |  |  |  |  |
| 20. |  |  |  |  |  |  |  |

---

* Denotes witnesses the government "may" call, depending on the testimony and evidence introduced at trial.