**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina Rodriguez**

CASE NO <u>2022-cr-00208-RMR</u>                              DATE <u>February 6, 2023</u>

CASE CAPTION:  <u>United States v. Jose Galiano</u>

<u>THE DEFENDANT'S WITNESS LIST FOR TRIAL</u>

|  | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Direct | Cross | Total |
| 1. | Def | Cadet Aidan Galvin | Fact | 02/08 | 45 min. | 45 min. | 90 min. |
| 2. | Def | Cadet Jesse Fimian % Cicso Meetings App | Fact | 02/08 | 30 min. | 30 min | 60 min. |
| 3. | Def | Cadet Alexa Kabot % Govt | Fact | 02/08 | 15 min. | 15 min. | 30 min. |
| 4. | Def | Cadet Katelyn Gomez % Govt | Fact/Impeach | 02/08 | 20 min. | 20 min. | 40 min. |
| 5. | Def | Major Kimberly Bitter | Fact | 02/08 | 25 min. | 25 min. | 50 min. |
| 6. | Def | Cadet Megan Dumond | Fact/Impeach | 02/08 | 15 min. | 15 min. | 30 min. |
| 7. | Def | Special Agent Kristin Brandt c/o Govt | Fact/Impeach | 02/08 | 45 min. | 45 min. | 90 min. |
| 8. | Def | Detective Joy Moss % Govt | Fact/Impeach | 02/08 | 45 min. | 45 min. | 90 min. |
| 9. | Def | Major Geoffrey Moy | Fact/Impeach | 02/08 | 15 min. | 15 min. | 30 min. |
| 10. | Def | Lt. Colonel Amanda Patton* USAFA | Fact/Impeach/ Rebuttal | 02/09 | 20 min. | 20 min. | 40 min. |
| 11. | Def | TSgt Jermaine Walton | Fact | 02/09 | 25 min. | 25 min. | 50 min. |
| 12. | Def | Cadet Channon Mallanoo % Govt | Fact | 02/09 | 20 min. | 20 min. | 40 min. |
| 13. | Def | Karen Fukutaki, MD | Expert/Rebuttal | 02/09 | 1 hour | 1 hour | 2 hours |
| 14. | Def | Nichole Sawicki* | Fact/Impeach/ Rebuttal | 02/09 | 20 min. | 20 min. | 40 min. |
| 15. | Def | Cadet Nicole Block % Govt | Fac/Impeach | 02/10 | 20 min. | 20 min. | 40 min. |
| 16. | Def | Cadet Christian Ritchot % Govt | Fact/Impeach | 02/10 | 45 min. | 15 min. | 60 min. |

|  | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Direct | Cross | Total |
| 17. | Def | Mike Beatty* | Fact/Impeach/ Rebuttal/ Authentication | 02/10 | 10 min. | 10 min. | 20 min. |
| 18. | Def | Kenneth Calhoun* | Fact/Rebuttal/ Impeachment | 02/10 | 15 min. | 15 min. | 30 min. |
| 19. | Def | Saehee "Katrina" Kim c/o Govt | Fact/Impeach/ Rebuttal | 02/10 | 15 min. | 15 min. | 30 min. |
| 20. | Def | Mr. Kim* c/o Govt | Fact/Impeach/ Rebuttal | 02/10 | 15 min. | 15 min. | 30 min. |
| 21. | Def | Cadet Angie Maravi Campos c/o Govt | Fact/Impeach/ Rebuttal | 02/10 | 30 min. | 30 min. | 60 min. |
| 22. | Def | Transcription Author at El Paso County Sheriff's Office % Govt | Fact/Impeach | Res | 15 min. | 15 min. | 30 min. |
| 23. | Def | Cadet Lizzie Kim % Govt | Fact/Impeach | Res | 1 hour | 1 hour | 2 hours |
| 24. | Def | Zenia Galiano* % Cicso Meetings App | Fact/Impeach/ Rebuttal | Res | 10 min. | 10 min. | 20 min. |
| 25. | Def | Alain Chirinos* % Cicso Meetings App | Fact/Impeach/ Rebuttal | Res | 10 min. | 10 min. | 20 min. |
| 26. | Def | Geraldine Escobar Fuentes* % Cisco Meetings App | Fact/Impeach/ Rebuttal | Res | 10 min. | 10 min. | 20 min. |
| 27. | Def | Sandro Callohuanca* % Cicso Meetings App | Fact/Impeach/ Rebuttal | Res | 10 min. | 10 min. | 20 min. |
| 28. | Def | Stefanny Castaneda* % Cicso Meetings App | Fact/Impeach/ Rebuttal | Res | 10 min. | 10 min. | 20 min. |
| 29. | Def | Maria Elena Tenorio* % Cicso Meetings App | Fact/Impeach/ Rebuttal | Res | 10 min. | 10 min. | 20 min. |
| 30. | Def | Alicia Apaza* % Cicso Meetings App | Fact/Impeach/ Rebuttal | Res | 10 min. | 10 min. | 20 min. |
| 31. | Def | Leónidas Galiano* % Cicso Meetings App | Fact/Impeach/ Rebuttal | Res | 10 min. | 10 min. | 20 min. |
| 32. | Def | Mark Davis, Ph.D Pulse Forensics* % Cicso Meetings App | Authentication/ Witness | Res | 10 min. | 10 min. | 20 min. |
| 33. | Def | M. Sgt. Christopher Hughes,* USAFA | Fact/Impeach/ Rebuttal | Res | 10 min. | 10 min. | 20 min. |
| 34. | Def | FBI Agent Stephanie Knapp* | Fact/Impeach/ Rebuttal | Res. | 15 min. | 15 min. | 30 min. |
| 35. | Def | FBI Agent Debbie Bristol* | Fact/Impeach/ Rebuttal | Res. | 20 min. | 20 min. | 40 min. |

| | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
| | | | | | Direct | Cross | Total |
| 36. | Def | Christiana | Fact/Impeach/Rebuttal | Res. | 15 min. | 15 min. | 30 min. |
| 37. | Def | Any witnesses listed by the Government | | | | | |
| 38. | Def | Any witnesses needed for rebuttal, impeachment, or authentication | | | | | |

_____
*Reserved witnesses the Defendant "may" call depending on the testimony and evidence introduced at trial. Cisco witnesses are out of the country or state.

3