IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina Rodriguez

CASE NO <u>2022-cr-00208-RMR</u>  DATE <u>February 6, 2023</u>

CASE CAPTION:  <u>United States v. Jose Galiano</u>

<u>THE DEFENDANT'S LIST OF PROPOSED EXHIBITS FOR TRIAL</u>

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1. | N/A | Stipulation – Jurisdiction | | X | | | | | |
| 2. | Cadet Aidan Galvin | Photos of dorm room | | | | | | | |
| 3. | Any | selected Photos and videos of couple previously produced | | | | | | | |
| 4. | Moss/Brandt /Lk | Lk Interview (Feb. 11, 2022) INV_417 et seq) ** | | | | | | | |
| 5. | Moss/Brandt /Lk | LK Interview (Apr. 20, 2022) INV_1230 ** with certified transcript | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 6. | Moss/Brandt /Lk | LK Interview (Apr. 26, 2022) INV_421 et seq ** | | | | | | | |
| 7. | Ritchot/Moss /Brandt | Ritchot Interview INV_462, 1792** | | | | | | | |
| 8. | Gomez/ Moss/Brandt | Gomez Interview INV_1705 & Transcript at INV__** | | | | | | | |
| 9. | Reserved | FB photos basic training ** | | | | | | | |
| 10. | Fimian/Moss /Brandt | Fimian Interview INV_434 & Transcript at INV__** | | | | | | | |
| 11. | Setzer/Moss/ Brandt | Setzer Interview INV_468 TRANSCRIPT AT INV___** | | | | | | | |
| 12. | reserved | El Paso County case report 2022-00001737 ** | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 13. | Brandt/ Sawicki/ Beasley/ Toups/ Moss | Reports INV_1202-29; 1244-1702; 1739-40;1742-43; 1748-49; 1754-55; 1761-62; 1767-68; 1773-76; 1780-81 ** | | | | | | | |
| 14. | McAllister | Report EXP_1-64 and supplemental supporting materials ** | | | | | | | |
| 15. | Brandt/ Moss/ Hughes/ Patton | MTS Transcript ** | | | | | | | |
| 16. | Brandt | Grand Jury Transcript GJ_1-21 ** | | | | | | | |
| 17. | Col. Lukes | Col. Lukes Interview INV_1788-89 ** | | | | | | | |
| 18. | Reserved | A-Day.pdf | | | | | | | |
| 19. | Reserved | Airplane ticket to Peru | | | | | | | |
| 20. | Reserved | Appendix_A_Statistical_Data_on_Sexual_Assault_FY 2021 *** | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 21. | Reserved | Annotated transcript of Galiano interview* | | | | | | | |
| 22. | Reserved | Travel Star | | | | | | | |
| 23. | Reserved | Fall-2020-Revised-Calendar | | | | | | | |
| 24. | Reserved | Demonstratives * | | | | | | | |
| 25. | Reserved | Instagram selections of texts, photos and videos from Government's production as needed with cert of authentication | | | | | | | |
| 26. | Reserved | declination inv_1243 | | | | | | | |
| 27. | | Reserved - any exhibit listed or produced by the Government necessary for rebuttal or impeachment | | | | | | | |
| 28. | | Reserved - any exhibit necessary for impeachment or rebuttal | | | | | | | |

*Reserved if needed
**Anticipated for impeachment/refreshing