**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

## MOTION TO FILE UNDER RESTRICTION TO SAVE L.K. FROM EMBARRASSMENT

Defendant Jose Galiano Apaza ("Defendant"), by and through counsel, Michon L. Hughes and David Beller, respectfully moves for an Order, pursuant to Title 18 U.S.C. § 3161(h)(1) and (7)(A), to file the attached *Notice* under Level 1 Restriction, and in support thereof, Defendant states as follows:

Local CivR 7.2 states that a Motion to Restrict Public Access shall identify the document requiring restriction, address the interest protected, why it outweighs the public right to access, identify the injury that would result, and explain why no alternative is practicable and the level of restriction sought.

Here: 1) the document requiring restriction is the 412 Notice of Rape-Shield testimony and exhibits the Defendant seeks to introduce, 2) the interest is the alleged victim, L.K.'s, privacy and embarassment interests including the redacted photos which include redacted nudity along with potentially embarrassing private sexual conversations, 3) the injury is to the alleged victim and purpose is to protect her from embarassment and avoid any allegation that the same is

intended to harass in any way other than to defend the Defendant, 4) there is absolutely no alternative other than to file this under seal, and 5) the Defendant seeks Level 1 Restriction.

The entire 412 Notice is being filed under such restriction pursuant to the local rules pending a ruling by this Court.

Respectfully submitted this 23rd day of January, 2023.

s/ Michon L. Hughes
Michon L. Hughes, OBA #22184
15 W. 6th St., Ste. 2800
Tulsa, OK 74119
Phone (918) 592-1144
Fax     (918) 576-6907
Michonhughes@outlook.com
*Co-Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrant(s):

Thomas Misner
Thomas.Minser@usdoj.gov
Al Buchman
Al.Buchmean@usdog.gov

s/ Michon L. Hughes

3