**Summary of Defendant's Expert, Dr. Karen Fukataki's Testimony**
**Relevant to the Motion to Suppress Hearing**

Dr. Fukataki will testify regarding her analysis of the statements by the Defendant during the interview(s) with the Government's witnesses as well as Mr. Galiano's comprehension of the nuances of the English language.

Updated April 2022

# CURRICULUM VITAE

| | |
|---|---|
| **NAME** | Karen V. Fukutaki, MD |
| **MAILING ADDRESS** | [redacted] |
| **PHONE** | [redacted] |
| **EMAIL** | [redacted] |
| **EDUCATION** | Residency in Psychiatry, University of Colorado<br>Internship in Community Medicine, University of Colorado<br>Medical School, University of Colorado<br>MSc in Parasitology, Colorado State University<br>BS in Biology, Yale College, New Haven, CT<br>Benjamin Franklin HS, Los Angeles, CA |

**WORK EXPERIENCE**

7/89 – now   Private practice, forensic psychiatry
Psychiatric consultations to determine competency and/or sanity, diagnoses, treatment needs, trauma effects, and expert witness testimony

6/21 - now   Psychiatrist, Turning Point Integrated Services Agency
Diagnosis, medication management, team collaboration regarding high-intensity adult clients (16 hours per week, increased to 24 hours per week in April 2022)

8/20 – 2/22   Psychiatrist, Door To Hope/SL STRTP
Diagnosis, treatment, team consultation at a residential treatment facility for adolescent females, many of whom have been physically and/or sexually abused (4 to 8 hours per week)

6/17 – 5/20   Psychiatrist, Los Angeles County Department of Mental Health, Arcadia Clinic
Diagnosis and treatment of chronically mentally ill adults (about 80 hours a month)

5/17 - 7/17   Psychiatrist, Medical Center of Aurora
Coverage of Adult Inpatient Units (part-time)

1

Updated April 2022

    1/17 – 6/17    Psychiatrist, Terros Clinics, Phoenix, AZ
Diagnosis and treatment of chronically mentally ill adults (80 hours/month)

    7/15 – 10/16    Psychiatrist, Lifewell's Arcadia Clinic, Phoenix, AZ
Diagnosis and treatment of chronically mentally ill clients (80 hours/month)

    7/00 – 8/14    Psychiatrist, Denver Health Medical Center (DHMC) (20-32 h/wk)
Diagnoses and treatment of patients with HIV infections and consultation with other medical specialists (12 h/wk until 8/1/01, 24 h/wk until 4/5/04, 28 h/wk until 3/1/05, 32 h/wk until 1/15/07, then 24-30 h/wk), head of the mental health team from 8/1/01
Diagnosis and treatment of city employees and their dependents (8 h/wk until 8/1/01)

    6/00 – 3/04    Psychiatrist, Presbyterian/St. Luke's Hospital (20+ h/wk)
Diagnosis and treatment of adult inpatients, consultation to medical services, consultation to emergency services covering 7 Denver area medical facilities

    7/98 – 6/00    Psychiatrist, Colorado Mental Health Institute at Pueblo (CMHIP) (20 h/wk)
7/98 – 9/98:  Diagnostic evaluations, medication management and treatment planning at the CIRCLE (substance abuse and mental illness) program
10/98 – 12/98:  Diagnostic evaluations, medication management, treatment planning on a 23-bed Medium Security Forensic unit, coverage of a Geriatric unit
1/99 – 5/99:  Diagnostic evaluations, medication management, treatment planning on two 23-bed Medium Security Forensic units
5/99 – 6/00:  Diagnostic evaluation, medication management, treatment planning on one 23-bed Medium Security Forensic unit

    4/99 – 6/00    Psychiatrist, Colorado Mental Health Institute at Fort Logan (CMHIFL)

2

Updated April 2022

|  |  |
|---|---|
|  | 6/99-6/00: Coverage of an adult admission/acute care ward providing diagnostic evaluations, medication management and disposition planning (30 h/wk) |
|  | 4/99 – 6/99: Coverage of two adult admission wards and occasionally, an adolescent ward (up to 15 h/wk) |
| 2/97 – 6/99 | Clinical Faculty, Dept. of Psychiatry, U. of CO Consulting psychiatrist to the Division of Youth Corrections working with juvenile offenders (and since 1994, see below) (8-20 h/wk) |
| 5/98 – 7/98 | Psychiatrist, CMHIFL Coverage of an adult admission/acute care ward providing diagnostic evaluations, medication management and disposition planning (30 h/wk) |
| 2/97 –3/98 and 7/98 | Psychiatrist, Mental Health Center of Boulder County |
|  | 2/97-8/97: Inpatient psychiatric coverage for Boulder clients at CMHIFL (20-30 h/wk) |
|  | 2/97-7/97 and 8/97-10/97: Outpatient psychiatrist for the Adult Treatment Team (10 h/wk) |
|  | 7/97-3/98: Consulting psychiatrist to the Addiction Recovery Center providing diagnostic evaluation, supervision and training of staff, and treatment of clients (20 h/wk) |
|  | 7/98: Outpatient psychiatric coverage of adult patients at the Broomfield office (9 h/wk) |
| 9/94 – 1/97 | Senior Instructor, Dept. of Psychiatry, U. of CO Staff psychiatrist at Aurora Community Mental Health Center with the Emergency Services team and Adult team (32 h/wk) Consulting psychiatrist at Mountview Detention Facility working with juvenile offenders re: diagnosis and treatment (medication management and brief therapeutic interventions (8 h/wk) |

3

Updated April 2022

| | |
|---|---|
| 7/92 – 8/94 | Senior Instructor, Dept. of Psychiatry, U. of CO<br>Clinical supervision of the forensic fellow, diagnostic evaluations and medication management of inmates at various facilities ranging from medium to ultra-maximum security in the Colorado Department of Corrections (DOC), implementation of the Special Needs Pod at Arkansas Valley Correctional Facility, supervision of clinical work at the Colorado Territorial Correctional Facility (CTCF) Infirmary (20 h/wk) |
| 5/90 – 7/92 | Clinical faculty, Dept. of Psychiatry, U. of CO<br>Diagnostic evaluations and medication management at DOC facilities, supervision of clinical work at the CTCF infirmary (20 h/wk) |
| 3/90 – 5/91 | Psychiatric consultant, CMHIP<br>Court-ordered evaluations for competency, impairment and sanity; diagnostic evaluations, treatment planning, some psychotherapy and medications management on a 20-bed maximum security ward (variable number of hrs/wk) |
| 7/89 – 2/91 | Psychiatrist, Mental Health Corporation of Denver (MHCD)<br>7/89 – 6/90: Organization, management and supervision of the Emergency/Intake team, diagnosis and medication management of new patients, consultation to the Case Management and Hospital Liaison teams (40 h/wk)<br>7/90 – 2/91: Diagnostic evaluations, treatment planning, consultation and medication management of chronically mentally ill adults (decreasing # of hrs/wk during this time period) |
| 7/89-8/89 | Attending Psychiatrist, DHMC Psychiatric Emergency Room (variable # of hrs/wk) |
| 7/89 –8/89 | Psychiatric Consultant, Parkside Lodge<br>Psychiatric consultation to an eating disorder and substance abuse treatment program (variable # of hrs/wk) |
| 7/88 – 6/89 | Staff Psychiatrist, CMHIP |

4

Updated April 2022

|  |  |
|---|---|
|  | Diagnosis, medication management, and team building on two 20-bed Maximum Security Forensic units; competency, impairment and sanity evaluations (40 h/wk) |
| 4/88 – 6/88 | Consultation-Liaison Psychiatrist, DHMC (variable # of hrs/wk) |
| 8/87 –6/88 | Attending Psychiatrist, DHMC Psychiatric Emergency Room (variable # of hrs/wk) |
| 6/81 – 8/81 | Clinician, Denver Metro health (STD) Clinic |
| 10/79 – 6/80 | Parasitologist, Dept. Health and Human Services, State of WA<br>Ran an EPA-funded research project on the transmission of <u>Giardia</u> <u>lamblia</u> via surface water supplies |
| 7/78 –9/79 | Research Asst., <u>Giardia</u> <u>lamblia</u> project, CSU Cross-transmission studies from humans to animals |
| 6/77 – 8/77 | Heart Assn, Fellow, San Diego Zoo |
| 6/76 – 8/76 | Research Asst., San Diego Zoo |

**PRO BONO WORK**   4/94 – 12/99  Medical Director, CHARG Resource Center
Diagnostic evaluations and medication management for 25-30 patients in a consumer-organized and consumer-oriented clinic for mentally ill patients

**MEDICAL LICENSES**   Colorado (National Boards) 26842
Arizona 50652
California G147227
Pennsylvania MD466784

**BOARD CERTIFICATION**   American Board of Psychiatry and Neurology (1991)
Forensic Psychiatry Subspecialty Board (1998, 2008, 2018)

Updated April 2022

|  |  |
|---|---|
| **MEMBERSHIPS** | American Psychiatric Association |
|  | Colorado Psychiatric Association |
|  | American Academy of Psychiatry and the Law |
| **AWARDS** | 1997 Clinical Faculty Award in Public Psychiatry, University of Colorado |
| **PUBLICATIONS** | Fukutaki K, Allen MH.  Rapid stabilization of acute mania.  *Primary Psychiatry*, 2002:9(1);60-62. |
| **OTHER INTERESTS** | Travel and Exploration, Salsa Dancing, Opera, Ballet, Cooking, Reading, Cycling, learning Italian, Formula 1 racing |

**KAREN V. FUKUTAKI, MD**
DIPLOMATE, AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
WITH ADDED QUALIFICATIONS IN FORENSIC PSYCHIATRY

CASES IN WHICH EXPERT WITNESS TESTIMONY WAS PROVIDED:

| CASE # | DATE | CLIENT | COUNTY |
| --- | --- | --- | --- |
| ? | 11/21/88 | Dominic Espinoza | Conejos |
| 87CR528 | 12/7/88 | William Mathews | Boulder |
| 88CR0211 | 1/11/89 | Wesley Osborne | El Paso |
| ? | 4/18/89 | Gary Hilton | Arapahoe |
| 90M504 | 5/21/90 | Darin Van Gambrell | Weld |
| 88CR172 | 8/3/90 | Mark Robert Hartman | Fremont |
| ? | 8/17/90 | L. Carlson | Pitkin |
| 88CR0216 | 11/29/90 | Eugene Peters | El Paso |
| 18090CR01007 | 12/10/90 2/4/91 | Brad Glennie | Arapahoe |
| 18090CR00731 | 5/6/91 | Glen Arthur Holmes | Arapahoe |
| 90CR7 | 1/15/92 | Marty Campbell | Prowers |

| | | | |
|---|---|---|---|
| 92CR10 | 4/13/92 | Raymond Price | Gunneson, CO |
| ? | 7/7/93 | ? Lotches (AKA Kneka Knoke) | Portland, OR |
| ? | 11/20/95 | Roberto Castillo | Denver |
| ? | 8/12/96 | Edwin Roberts | El Paso |
| 95CR4384 | 11/11-12/97 | Jon Morris | Denver |
| 98CR1680 | 7/1/98 | Elizabeth Feltman | Jefferson |
| 97CR3789 | 9/10 &11/98 | Christopher Mask | Denver |
| 98CR134 | 5/25/99 | Jason Stapp | El Paso |
| 98CR10B | 6/23/99 | David L. Jackson | Federal |
| 98CR02446 | 8/18/99 | William Wuest | Jefferson |
| 98CR5192 | 9/9/99 | Andrea Darbe | El Paso |
| 99CR329N | 2/9/00 | Kevin C. Eaton | Federal |
| 99CR135-139 99CR3143 | 4/14/00 | Ronald J. Fogle | Denver |
| 98CR3233 | 5/5/00 | Joseph Lazard | El Paso |
| 01-1085M | 6/29/01 | Stephen P. Linton | Federal |
| 99CR1615 | 9/10/01 | Steven Garcia | Adams |
| 01CR2622 | 12/13/02 | Nathan V. Melikidse | Boulder |
| 02CR2866 | 7/29/03 | James D. Morgan | Denver |
| 02CR1317 | 3/10/04 | Kirk R. Palmer | Boulder |

| | | | |
|---|---|---|---|
| 80CR173 | 5/11/04 | Danford Eldridge | Adams |
| 02CR301-B | 5/28/04 | Jesse Moore | Federal |
| ? | 6/3/04 | Marlo Gonzales | Denver |
| 03CR161 | 1/31/05 | Rebekah Amaya | Prowers |
| 04CR3310 | 5/12/05 | William Maunz | Denver |
| 04CR3296, 04CR3297 | 7/25/05 | Amber Torrez | Denver |
| 03CR1001, 03CR1216, 03CR2052 | 8/2/05 | Robert Vineyard | Boulder |
| 04CR3538 | 3/10/06 | Raul Marquez | Denver |
| 04CR3296, 04CR3297 | 8/28/06 | Amber Torrez | Denver |
| 05CR1957, 05CR5039, 06CR10056 | 10/19/06 | Isaac Apodaca | Denver |
| ? | 10/31/06 | Chad Carver | Westminster |
| 7105CR187 | 11/28/06 | Dustin Peterson | Delta |
| 00CR303, 00CR2368, 00CR3607, 00CR3590 | 12/8/06 | Storme Shannon Aerison | El Paso |
| 04CR03705 | 12/15/06 | James Galloway | El Paso |
| 05M1348 | 12/20/06 | David Beakel | Boulder |
| 04CR00180 | 2/21/07 | Gwen Bergman | Federal |
| 05CR471 | 3/30/07 | Alonzo Jeffery | Fremont |
| 06M147, 5CR337, 07CR226 | 6/15/07 | Mel Bomprezzi | Douglas |
| 06CR2825 | 7/19/07 | George Maldonado | Denver |

| | | | |
|---|---|---|---|
| 81CR805 | 9/7/07 | Daniel Kariem | Denver |
| 06CR7122 | 9/13/07 | Lester Johnson | Denver |
| 80CR173 | 10/9/07 | Danford Eldridge | Adams |
| 06CR313 | 11/8/07 | Preston Cousett | El Paso |
| 07CR235 | 1/14/08 | Kenneth McCann | Mesa |
| 04CR03705 | 4/11/08 | James Galloway | El Paso |
| 01JD1289, 00CR52 | 4/17/08 | John Engel | Boulder |
| 06CR3701 | 5/23/08 | Donald Currier | Denver |
| 07CR1285 | 6/10/08 | Sean Streeper | Adams |
| 07CR3444 | 6/12/08 | Richard Robinson | Denver |
| 80CR173 | 7/18/08 | Danford Eldridge | Adams |
| 08JD573 | 11/10/08 | Ricardo Vargas-Ortiz | Boulder |
| 99CR1248 | 1/30/09 | Robert Kuhnle | Jefferson |
| 08CR437 | 2/20/09 | Maria Joseph | El Paso |
| 06CR3026 | 3/13 & 16/09 | Brian Washington | Adams |
| 07CR175-CMA | 4/9/09 | Andre Stanley | Federal |
| 06CR7759 | 5/4/09 | James Bell | Denver |
| 08CR2222 | 9/9/09 | Emanuel Rivera | Denver |
| 08CR4737 | 9/17/09 | Sean Fitzgerald | El Paso |
| 08CR3150 | 10/8/09 | Spencer Carlisle | El Paso |
| 08CR163, 08CR265, 08CR266 | 10/16/09 | Raul Hurtado Marquez | Fremont |

4

| | | | |
|---|---|---|---|
| 08CR3760 | 11/17/09 | Kareem Anderson | Denver |
| 08CR5062, 08CR5105, 09CR1090 | 11/30/09 | Denise Presson | El Paso |
| 07CR2485 | 1/6/10 | Carlos Smith | Jefferson |
| 09CR882, 09CR883 | 2/9/10 | Bert Smith | Denver |
| 08CR1346 | 3/26/10 | Allen Grabe | Mesa |
| 08CR163, 08CR265, 08CR266 | 4/13/10 | Raul Hurtado Marquez | Fremont |
| 04CR282-WYD | 5/20/10 | Ismael Gonzalez-Arenas | Federal |
| 08CR2696 | 7/3 & 7/6/10 | Mason Batton | Jefferson |
| 08CR152 | 7/20/10 | Mel Bomprezzi | Douglas |
| 08CR799 | 8/6/10 | Brandin Kreuzer | Douglas |
| 88CR55 | 8/24/10 | Kent Leyonmark | Fremont |
| 09CR1511 | 8/27/10 | Aron Jimenez | Jefferson |
| 07CR1648 | 9/7/10 | Kenton Astin | Boulder |
| 07CR3472 | 11/15/10 | Marcus Hightower | Arapahoe |
| 03CR161 | 11/30/10 | Rebekah Amaya | Prowers |
| 07CR192 | 12/21/10 | Hector Holguin-Ramirez | Boulder |
| 09CR1201 | 1/6/11 | Miriam Gallegos | Denver |
| 09CR56 | 1/31 & 2/1/11 | Jerry Snider Jr. | Rio Blanco |
| 09CR4776 | 2/9/11 | Eric Roybal | Denver |
| 10CR15 | 3/3/11 | Eugene Martinez | Denver |

5

| Case | Date | Name | County |
|---|---|---|---|
| 08CR5366 | 4/28/11 | Keenu Tiyme | Denver |
| 10CR1599 | 5/2/11 | Jason Stroud | El Paso |
| 10CR2183 | 5/13/11 | Arthur Hussey | El Paso |
| 03CR297 | 5/20 & 7/28/11 | Troy Mondragon | Mesa |
| 09CR56 | 6/7/11 | Jerry Snider Jr. | Garfield |
| 10CR67 | 7/8/11 | Melvin Frazier Jr. | Elbert |
| 10CR278, 10CR286, 11CR56 | 7/15/11 | Samuel Mandez | Fremont |
| 10CR283 | 8/15/11 | Michael Westerfield | Fremont |
| 10CR498 | 9/29/11 | Bruco Eastwood | Jefferson |
| 10CR3224 | 10/18/11 | Max Trujillo | Jefferson |
| 07CR919 | 11/15/11 | Molly Midyette | Boulder |
| 10CR276 | 11/17/11 | Raul Hurtado Marquez | Fremont |
| ? | 1/6/12 | Salvador Perez | El Paso |
| 09CR2015 | 2/14/12 | Victor Gabler | Boulder |
| 10CR1678 | 3/9/12 | Joong Rhee | Denver |
| 04CR4917 | 3/15/12 | Erin Pendleton | Denver |
| 11CR4130 | 4/16/12 | Marcus Smith | El Paso |
| 09CR415-WYD | 5/29/12 | Samuel Goolsby | Federal |
| 08CR5679 | 6/15 & 22/12 | John Vigil | Denver |
| 02CR782 | 6/21/12 | Edward Montour | Douglas |
| 11M1430,1578, 1731, 1822 | 8/14/12 | Edward Robbins | Boulder |

| Case | Date | Name | County |
|---|---|---|---|
| 10CR595 | 9/28/12 | Terry Williams | Douglas |
| 11CR3 | 11/13/12 | Nathan Yager | Delta |
| 11CR1530 | 11/20/12 | David Compare | El Paso |
| 10CR4648 | 1/25/13 | Edward Romero | Denver |
| 11CR4130 | 2/1/13 | Marcus Smith | El Paso |
| 11CR951, 935, 331, 269, 149, 10CR1640, 30 | 3/29/13 | Ricky Sanchez | Pueblo |
| 09CR6979 | 5/31/13 | Anthony Valdez | Denver |
| 13CR33, 11CR2821 | 6/7/13 | Antonio Sanchez | Jefferson |
| 08CR260 | 7/11/13 | Arthur Hussey | Pueblo |
| 12CR1914 | 7/16/13 | Jack Whiting | Jefferson |
| 11CR226 | 7/24/13 | John Coad | Fremont |
| 10CR276 | 9/24/13 | Raul Hurtado Marquez | Fremont |
| 13CR2673 | 12/5/13 | Christina Clay | Denver |
| 13CR14 | 3/14/14 | Zach Hurley | Gunnison |
| 12CR3405 | 4/22/14 | David Anderson | El Paso |
| 03CR44 | 5/8/14 | Joe Romero | Huerfano |
| CF83-13 | 7/8/14 | Chad DeSoto | Guam |
| 14-cr-01361-WJ | 11/12/14 | John Ng | Federal (NM) |
| 13CR2351 | 11/18/14 | Carol Weigum | Jefferson |
| 14CR35 | 1/14/15 | Andrew Hoglan | Fremont |
| 13CR319 | 2/4/15 | Theodore Schmidt | Fremont |

| | | | |
|---|---|---|---|
| 14CR2470 | 5/12/15 | Kevin McCarty | El Paso |
| 10CR5619<br>10CR5620 | 6/5/15 | Jamar Prince | Denver |
| 12DR2413 | 6/12/15 | Travis Johnson | Denver |
| 14CV32155<br>14CV33064 | 7/16/15 | Aminokit/Doe & George Deposition | Denver |
| 09CR825<br>09CR2160 | 8/6/15 | Maurice Quinn | Denver |
| 14CR92 | 9/2/15 | Justin Thompson | Fremont |
| 12CR2149 | 10/30/15 | Emilio Vasquez | Denver |
| 13CR1808 | 1/14/16 | Christopher John Wilds | Boulder |
| 14M1153 | 1/15/16 | Brandon Mulholland | Boulder |
| 15CR161 | 2/2/16 | Fernando Carrillo | Pueblo |
| 15CR3632 | 2/4/16 | Seth Talbot | El Paso |
| 16MH20 | 3/2/2016 | John Lillibridge | Pueblo |
| 14CR5305 | 4/15/16 | Gerald Obi | Denver |
| 15CR2595 | 8/15/16 | James Holmes | Denver |
| 15CV30180 | 8/15/16 | Johanna Alperin | Summit |
| 05CR76 | 9/26/16 | Daniel Alexander | Mesa |
| 16M569 | 9/29/16 | Brandon Aragon | Pueblo |
| 12CR1248 | 12/13/16 | Nakia Pratt | Arapahoe |
| 16JD122<br>(Boulder case) | 3/31/17 | Ryan Millsap | Weld |
| 15CR3646 | 8/30/17 | Delonta Crank | Denver |

| Case | Date | Name | County |
|---|---|---|---|
| 04CR4038 | 9/14/17 | Karen Rodriguez | Denver |
| 16CR4339 | 11/22/17 | Shawn Pack | Adams |
| 16CR3468 | 1/4/18 | Marcus Walker | Jefferson |
| 16CR728 | 1/24/18 | Shaun Whitaker | Pueblo |
| 08CR496 | 3/2/18 | Lance McDermed | Adams |
| 11CR3 | 3/15/18 | Nathan Yager | Delta |
| 16CR2569 | 5/3/18 | Matthew Tatti | Larimer |
| 16CR4189 | 5/4/18 | Jonathan Lechman | Denver |
| 18cr00027RBJ | 6/8/18 | Michael Seaton | Federal |
| 17CR1189 | 6/25/18 & 8/9/18 | Germal Qualls | Boulder |
| 14CR35 | 12/5/18 | Troy Silcox | Prowers |
| 17CR6041 | 2/14/19 | Aric Nicholas | Denver |
| 18-cr-00043-WYD | 8/22/19 | Samuel Goolsby | Federal |
| 07CR4062 | 9/6/19 | Charles Smith | Denver |
| 17CR9028 | 9/27/19 | Shamil Jefferson | Denver |
| 18CR50 | 7/13/2020 | Jesper Joergensen | Costilla |
| 2020CR1161 2020CR1394 | 11/9/2020 | Amanda Mooney | Boulder |
| 18CR820 | 6/23/2021 | Travon Sanders | Arapahoe |
| 19CR2042 | 9/1/2021 | Justin Bannan | Boulder |
| 21MH284 | 11/17/2021 | Jesper Joergensen | Pueblo |
| 12CR2354 | 5/4/2022 | Christopher Maher | Arapahoe |