**Ex. 1, Spreadsheet of proposed redactions in the interrogation video.**

| Redactions | PAGE REF TX | TEXT | OBJ | APPROX MIN |
|---|---|---|---|---|
| INV_428 | | | | |
| | INV_379 | section discussing "fights" | 404B, 403 | 20:20 |
| | INV_385 | "cultural element" | 403, 602, 702 | 42 min |
| | INV_385 | Angie discussion, all to p. 386 to "You know I think that what happened..." | 403, 802, 602, 805, & 608(A), 702 | 45 |
| | INV_387 | "I think you did hurt Zia" | 403, 602, 701 | |
| | INV_387 | "haven't been able to talk to her about it".. cutting "hate in her heart speech" to "it's hard for her to stand up for herself right now" on 388 | 403, 404B, 802, 602 | |
| | INV_388 | "So you know how hard that was for her, that night?" | 602, 802, 403 | |
| | INV_389 | "you know you can't talk to her right .. no contact order .." | 404B, 403 | |
| | INV_389 | "I talked to a lawyer" | 403, 802, 6th amendment | |
| | INV_389 | Brandt's speech about Zia/ improper opinion | 403, 802, 602, 402 | |

|         |         |                                                                                                     |                                     |        |
|---------|---------|-----------------------------------------------------------------------------------------------------|-------------------------------------|--------|
|         | INV_390 | "related to experience I had before"                                                                | 404B                                |        |
| INV_429 | INV_390 | "Angie ..."                                                                                         | 403, 802, 602, 805, & 608(A), 702   | 7:31   |
|         | INV_390 | "with your past experiences"                                                                        | 404B, 403                           | 10 min |
|         | INV_391 | "Did anything like that happen more than once...."                                                  | 404B                                | 11:30  |
|         | INV_392 | "she has a background too"                                                                          | 403, 602, 802                       | 18:06  |
|         | INV_392 | "I did a lot of bad things to a a lot of people too"                                                | 404B, 402, 403                      |        |
|         | INV_392 | Galiano "hate" speech                                                                               | 403, 404B, 402                      |        |
|         | INV_393 | "you've become a better person since then" ...                                                      | 404B, 403, 602, 402                 | 20 min |
|         | INV_395 | Brandt's opinion speech: "And part of the reason ... there's a reason why you talked to someone.. " | 802, 602, 403                       |        |
|         | INV_397 | Moss' opinion and guessing.                                                                         | 602, 403, 802, 402                  | 31 min |
|         | INV_399 | Brandt : "That's what I studied, is psychology"                                                     | 402, 403                            |        |

| | | | | |
|---|---|---|---|---|
| INV_430 | INV_402 | "I know I cannot talk to her.." deleted the rest to the end as irrelevant and confusing as it discussed what the judge is going to do, his mental health, etc. | 404B, 403, 402 | 5 min |
| | | | | |