IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

## STIPULATION

The government and the defense have stipulated – that is, they have agreed – that certain facts have been proven beyond a reasonable doubt.

In this case, the parties have stipulated that:

1. The United States Air Force Academy (USAFA) is an area within the special maritime and territorial jurisdiction of the United States of America.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: _____
Thomas Minser
Attorney for the Government

By: _____
Al Buchman
Attorney for the Government

By: _____
Jose Galiano
Defendant

By: _____
Michon Hughes
Attorney for Jose Galiano

By: _____
David Beller
Attorney for Jose Galiano

1