**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GALIANO,
    a/k/a Jose Galiano Apaza,

    Defendant.

**JOINT PROPOSED VOIR DIRE QUESTIONS**

The parties jointly submit the following list of proposed *voir dire* questions, submitted per the Court's oral order on February 1, 2023, to provide a list of suggested questions for the Court's *voir dire*. This proposal also consolidates and thus supersedes the questions proposed in ECF 65 and 68 for the parties' *voir dire*.

    **I.**    **SUGGESTED QUESTIONS TO BE ASKED BY THE COURT[1]**

1. Have any prospective jurors, or relatives, or close friends ever been charged with a crime?

    a. If so, what was the crime?

    b. Was the case resolved in a trial or by plea of guilty?

    c. What sentence was imposed?

---

[1] This list also includes the questions already announced by the Court as suitable for the Court's *voir dire*.

      d. Do you believe they were treated fairly?

      e. Would that experience interfere with your ability to decide this case fairly and impartially?

2. Have any prospective jurors, or relatives, or close friends ever been charged with a crime?

      a. If so, what was the crime?

      b. Was the case resolved in a trial or by plea of guilty?

      c. What sentence was imposed?

      d. Do you believe they were treated fairly?

      e. Would that experience interfere with your ability to decide this case fairly and impartially?

3. Is there any juror who will have difficulty sitting and listening to testimony concerning matters of a graphic sexual nature and then discussing it with other members of the jury?

4. Have you, a close friend, or a family member ever been accused of a sexual crime?

5. Have you, a close friend, or a family member ever been the victim of a sexual crime?

6. The offense in this case is aggravated sexual abuse. Is there anyone who believes that it would be impossible for them to be fair and impartial simply based on the nature of such charge?

7. Is there any juror who has served or currently serves in the military?

   a. If so, what branch?

   b. When did you serve?

   c. What was your specialty?

   d. Where were you stationed?

8. This is a criminal trial. Your duty, as jurors, will be to determine whether or not the government proved the defendant guilty of the crime charged based on the evidence in the case. It is the judge's duty to determine what punishment, if any, may be imposed in the event of a guilty verdict. Would you be able to assess the evidence in this case and render a verdict without consideration as to the type of sentence or punishment which ultimately may be imposed as result of your verdict?

9. Is there anything about the allegation or the Defendant that causes you concern about your ability to be a fair juror in this case?

10. What is your primary concern about presuming someone with this type of charge or the defendant not guilty that may make it difficult for you to presume him to be innocent?

## II.  ADDITIONAL QUESTIONS PROPOSED BY THE PARTIES. [2]

**Crime Victim / Charged With Crime**

1. Have any prospective jurors, relatives, or close friends ever been the victim of

---

[2] There are no additional questions suggested from those previously suggested in ECF 65 and 68. This list also repeats those proposed for the Court's *voir dire*, should the Court decline to ask anything proposed.

a crime?

   a. If so, what was the crime? If you would prefer not to speak in open Court, this information can be handled privately.

   b. Would anything about that experience affect your ability to be fair and impartial in this case?

2. Have any prospective jurors, or relatives, or close friends ever been charged with a crime?

   a. If so, what was the crime?

   b. Was the case resolved in a trial or by plea of guilty?

   c. What sentence was imposed?

   d. Do you believe they were treated fairly?

   e. Would that experience interfere with your ability to decide this case fairly and impartially?

**<u>Sexual Crimes</u>**

3. Is there any juror who will have difficulty sitting and listening to testimony concerning matters of a graphic sexual nature and then discussing it with other members of the jury?

4. Have you, a close friend, or a family member ever been accused of a sexual crime?

5. Have you, a close friend, or a family member ever been the victim of a sexual crime?

6. Does any juror think that an individual who is sexually assaulted must have

      acted or reacted in a certain way before her story becomes believable?

7. Do you agree that people handle traumatic situations differently?

8. If the victim's behavior before, during, or after an alleged sexual assault is not what you would personally expect from someone who has been sexually assaulted, will you automatically disbelieve her?

    a. Can you commit to listening to all the evidence before deciding whether a witness is credible?

9. Will anyone require that the victim yell, call for help, or run away from the sexual assault in order to believe she was sexually assaulted beyond a reasonable doubt?

10. Does anyone believe sexual assaults only happen between people who do not know each other well?

11. Is there anyone here who would have a problem finding the defendant guilty if the only eyewitness to the crime is the victim?

12. The offense in this case is aggravated sexual abuse. Is there anyone who believes that it would be impossible for them to be fair and impartial simply based on the nature of such charge?

**Military Service and Familiarity**

13. Is there any juror who has served or currently serves in the military?

    a. If so, what branch?

    b. When did you serve?

    c. What was your specialty?

      d.  Where were you stationed?

14. Is there any juror who attended the Air Force Academy or another service academy (The United States Military Academy at West Point, The United States Naval Academy, The United States Air Force Academy, The United States Coast Guard Academy)?

15. Is there any juror who is otherwise especially familiar with the Air Force Academy or another service academy?

**Women and the Service Academies**

16. Is there any juror who believes women should not attend the United States service academies (The United States Military Academy at West Point, The United States Naval Academy, The United States Air Force Academy, The United States Coast Guard Academy)?

17. Is there any juror who has strong feelings or beliefs about women who choose to attend the academies?

18. Is there any juror who has strong feelings or beliefs about women who choose to join the military generally?

19. Is there any juror who has strong feelings or beliefs about sexual assaults within the military?

**Applying the Law to Military Personnel and Foreign Nationals**

20. Is there any juror who thinks the laws which apply to sexual assaults within a military context should be different than the laws which apply to sexual assaults in a civilian context?

21. Is there any juror who thinks the laws of the United States should not apply to a foreign national residing legally within the United States?

22. Is there any juror who thinks it would be unfair, for any reason, to hold an international student accountable under the laws of the United States?

**Law Enforcement**

23. Members of the Air Force Office of Special Investigations investigated this matter. Has anyone had any negative encounters with the Air Force Office of Special Investigations?

    a. If so, would you be able to assess the credibility of a witness from the Air Force Office of Special Investigations just like you would assess the credibility of any other witness?

24. Have you or any member of your family ever had any experience with law enforcement or the government that would cause you to be biased for or against the government in this case?

**Types of Evidence**

25. Understanding that you as jurors know little about the case at this point in time, is there anyone who believes that they would absolutely require the government to present a certain type or kind of evidence before they could find someone guilty of a crime?

26. Is there anyone who does not believe witness testimony is evidence?

**Lawsuit / Complaint Against the United States**

27. Have you, or any members of your family, ever been engaged in a lawsuit

against the United States government or a department of the United States government?

28. Have you, or any members of your family, filed a complaint, administrative or other action, against the United States government or a department of the United States government?

**Deliberation Without Concern For Punishment**

29. This is a criminal trial. Your duty, as jurors, will be to determine whether or not the government proved the defendant guilty of the crime charged based on the evidence in the case. It is the judge's duty to determine what punishment, if any, may be imposed in the event of a guilty verdict. Would you be able to assess the evidence in this case and render a verdict without consideration as to the type of sentence or punishment which ultimately may be imposed as result of your verdict?

**Reservations About Being A Juror / Reasonable Doubt**

30. Is there anyone that has served on a jury prior to this case?

    a. If so, what type of case was it?

    b. Was a verdict reached?

31. During the course of this trial, you may hear two sides. Is there any juror who thinks, just because there are two sides, that there is automatically reasonable doubt?

    a. Can you accept that that is the nature of a trial and one of your jobs is to resolve those conflicts in determining if the government proved their case

        beyond a reasonable doubt?

32. Does any juror have any religious, moral, or philosophical reservations about sitting as a juror in a criminal case, or returning a verdict of guilty, if such a verdict is supported by the evidence?

33. Is there anything that has not been mentioned, which you believe could affect your ability to be a fair and impartial juror in this case?

## Criminal Investigation Television Shows

34. Do any of you watch police/criminal investigative shows, e.g., "CSI" (Crime Scene Investigation), "Law and Order," "NCIS" (Naval Criminal Investigative Service), or "Numb3rs"?

    a. What is it about these shows that you like?

35. Do you believe these shows accurately portray criminal investigations in the real world?

    a. Do you expect this jury trial to look like one of those shows?

## General Bias

36. The government has alleged that this defendant committed a sexual assault. What is your initial reaction to the allegation and what is your sincere thought on your ability to presume Mr. Galiano innocent?

37. Is there anything about the allegation or the Defendant that causes you concern about your ability to be a fair juror in this case?

38. Does anyone believe that it's best to err on the side of believing women who say they are sexual assault victims as a rule?

39. Does anyone believe it is unlikely a person would make up allegations of sexual assault? How so?

40. What is your opinion of #metoo?

    a. Has it gone too far?

    b. Does it need to go further?

41. Have you received any training or had any volunteer/work experiences working with victims of sexual assault?

**Constitutional Bias**

42. What is your primary concern about presuming someone with this type of charge or the defendant not guilty that may make it difficult for you to presume him to be innocent?

43. How do you reconcile the presumption of innocence with the fact that the government is telling you he's guilty?

44. Does the fact that someone has been charged in federal court or investigated by the office of Special Investigations make it seem more likely to you that a crime in fact occurred? Why or why not?

45. The government must prove to you beyond a reasonable doubt not just what they say happened, but what Mr. Galiano was thinking when it happened.

    a. Are you able to hold the government to that burden?

    b. Do you have concerns about that? Why?

46. The burden is on the government. The defense does not have to prove anything, or even testify. If he chooses to not testify, how does it change your

8

        ability to presume his innocence? How so?

47. If the defendant's actions before, during, or after being accused of sexual assault are not what you would personally expect from someone who has been wrongfully accused, will you automatically disbelieve him?

48. What are your opinions on whether and how someone may falsely confess to a crime they did not commit?

### Racial/Cultural Bias

49. Do you believe that immigrants have a predisposition or are more likely to engage in this type of conduct than an American-born man? How so?

50. Do you believe that a member of the military is more likely to engage in this type of conduct than someone not in the military? How so?

51. Do you have any opinions on people in this country speaking Spanish as their primary language? What is it?

52. Do you believe it would be easy to learn a foreign language by immersion?

53. Do you have opinions about the Peruvian culture and men who are Peruvian? What are they?

9

Dated:  February 2, 2023                              Respectfully submitted,

                                                      COLE FINEGAN
                                                      United States Attorney

By: */s/ Thomas Minser*                               By:  */s/ Albert Buchman*
Thomas Minser                                         Albert Buchman
Assistant United States Attorney                      Assistant United States Attorney
U.S. Attorney's Office                                U.S. Attorney's Office
1801 California St. Suite 1600                        1801 California St. Suite 1600
Denver, CO 80202                                      Denver, CO 80202
(303) 454-0100                                        (303) 454-0100
Thomas.Minser@usdoj.gov                               Al.Buchman@usdoj.gov
Attorney for the Government                           Attorney for the Government


By: */s/ Michon Hughes*                               By:  */s/ David M. Beller*
Michon L. Hughes, OK Bar #22184                       David M. Beller
15 W. 6th St., Ste. 2800                              1600 Stout Street, Suite 1400
Tulsa, OK 74119                                       Denver, CO 80202
(918) 592-1144                                        (303) 573-1900
Michonhughes@outlook.com                              david@rklawpc.com
Co-Counsel for Defendant                              Co-Counsel for Defendant


## CERTIFICATE OF SERVICE

    I hereby certify that on January 23, 2023, I electronically filed the foregoing **JOINT PROPOSED VOIR DIRE QUESTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                      *s/ Deana Ambrosen*
                                      Legal Assistant
                                      United States Attorney's Office