**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

CASE NO. 22-cr-00208-RMR                                              DATE: February 6, 2023

CASE CAPTION: United States v. Jose Galiano

<u>THE PARTIES' COMBINED WITNESS LIST FOR TRIAL[1]</u>

|     | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|-----|-------|-----|-----|-----|-----|-----|-----|
|     |       |     |     |     | Direct | Cross | Total |
| 1.  | U.S.  | Colonel Clarence Lukes, USAFA | Witness | 02/07/2023 | 30 min. | 30 min. | 1 hr. |
| 2.  | U.S.  | Victim #1, USAFA | Witness | 02/07/2023 | 1 hour | 1 hr. | 2 hr. |
| 3.  | U.S.  | Cadet Christian Ritchot, USAFA | Witness | 02/07/2023 | 30 min. | 30 min. | 1 hr. |
| 4.  | U.S.  | Cadet Angie Maravi-Campos, USAFA | Witness | 02/08/2023 | 30 min. | 30 min. | 1 hr. |
| 5.  | U.S.  | Cadet Katelyn Gomez, USAFA | Witness | 02/08/2023 | 30 min. | 30 min. | 1 hr. |
| 6.  | U.S.  | Cadet Jesse Fimian, USAFA | Witness (testifying remotely) | 02/08/2023 | 15 min. | 15 min. | 30 min |
| 7.  | U.S.  | M. Sgt. Christopher Hughes, USAFA | Witness | 02/08/2023 | 15 min | 15 min. | 30 min |
| 8.  | U.S.  | Jean McAllister | Expert - Characteristics of Sexually Abused Individuals | 02/08/2023 | 30 min. | 30 min. | 1 hr. |
| 9.  | U.S.  | Detective Joy Moss, El Paso County Sheriff's Office | Witness | 02/08/2023 | 1.5 hour | 30 min. | 2 hr. |
| 10. | U.S.  | Special Agent Kristen Brandt, Dept. of the Air Force, Office of Special Investigations | Witness/Advisory | 02/08/2023 | 30 min. | 30 min. | 1 hr. |
| 11. | Def.  | Cadet Aidan Galvin, USAFA | Witness | 02/09/2023 | 45 min | 30 min | 75 min |
| 12. | Def.  | Cadet Dean Fecteau, USAFA | Witness | 02/09/2023 | 45 min | 30 min | 75 min |

---

[1]   With the exception of Special Agent Brandt, all witnesses listed are "will call."

Case 1:22-cr-00208-RMR   Document 90   Filed 02/03/23   USDC Colorado   Page 2 of 2