**DEFENDANT'S  FIRST AMENDED FINAL LIST OF PROPOSED EXHIBITS**

CASE NO. 22-cr-00208-RMR

CASE CAPTION: United States of America vs. Jose Galiano  DATE: February 6, 2023

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | Detective Moss/ Beatty/ Brandt | Instagram Records for Jose Galiano with Metadata and Cert of Authenticity (Inv_772; Inv_506.0001-506.00011) | X | | | | | | |
| B | Moss/Beatty | Instagram Records for Complainant with Metadata and Cert of Authenticity (Inv_773-796) | X | | | | | | |
| C | Moss/ Beatty | Photos of Jose in Peru (INV_ 687, 688, 693) Peruvian cadets photo | X | | | | | | |
| D | Moss/Brandt / Beatty/ L.K. | couple photos (INV_640, 644, 656, 655, 674, 672, 676, 920) ice cream photo | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH- ENTICI TY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| E | Brandt | OSI case file Inv_1244-1701 | | | | | | | |
| F | Mike Beatty/ L.K./ Moss | Photos of young couple: JGA_004, JGA_043, JGA_046, JGA_049, JGA_056 | | X | | | | | |
| G | Mike Beatty/ L.K./ Moss | Videos JGA_040, JGA_041, JGA_073 | | | | | | | |
| H | Nichole Sawicki | Inv_2076-2079 (Reports) | | | | | | | |
| I | Mike Beatty/ L.K. | Text messages between Jose and L.K. (JGA 074-084) | | | | | | | |
| J | L.K. / Moss/ Brandt | Inv_602.00263-.00275 Dec 9-10 2021 Instagram Messages | | | | | | | |
| K | L.K/ Moss/ Brandt/ Mallanoo | Inv_797.1915 12/10/2021 | | | | | | | |
| L | Brandt | Inv_1244-1260 (Brandt Report) | | | | | | | |
| M | L.K. / Moss/ Brandt ok | JGA_018, JGA_035, JGA_068, JGA_071, | | | | | | | |

**Commented [1]:** Also cross of zia?

**Commented [2]:** Also cross of zia?

| EXHIBIT NO./ LTR | WITNESS | DESCRIPTION | AUTH-ENTICI TY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | INV_1733, INV_1722 Special celebration photos |  |  |  |  |  |  |  |
| N | L.K. / Moss/ Brandt | Pictures of couple INV_00001710, 1712, 1715, 1717, 1722 |  |  |  |  |  |  |  |
| O | L.K. / Moss/ Brandt | Videos of L.K. and Jose (INV_00001734-1735) |  |  |  |  |  |  |  |
| P | L.K. / Moss/ Brandt | Pictures of L.K. and Jose, INV_00001736-1738) |  |  |  |  |  |  |  |
| Q | Beatty/Moss | JGA_062-64, August 26th, 2020 |  |  |  |  |  |  |  |
| R | Beatty/Moss | JGA_017, JGA_018, California |  |  |  |  |  |  |  |
| S | Cadet L.K. | *Ex. A to 412 Notice/ Text messages with redacted nude photos and videos: INV_7 JGA 085-108) | X |  |  |  |  |  |  |
| T | Cadet L.K./ Cadet Mark Mallanoo | *Ex. B. to 412 notice: Texts with Mallanoo | X |  |  |  |  |  |  |