IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Criminal Action No.: 22-cr-00208-RMR-1  Date: February 1, 2023
Courtroom Deputy: Meghan Smotts  Court Reporter: Terri Lindblom
Interpreter: Cathy Bahr

*Parties:*                                                      *Counsel:*

UNITED STATES OF AMERICA,                      Thomas John Minser
                                                                Albert C. Buchman

  Plaintiff,

v.

JOSE GALIANO,                                            David Matthew Beller
                                                                Michon L. Hughes

  Defendant.

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**1:38 p.m.     Court in session.**

Court calls case. Appearances of counsel.

Discussion on need for an interpreter present for this hearing and for the trial. The Court will allow the interpreter to work on an as needed basis as discussed on the record.

Preliminary remarks and background case information by the Court.

Discussion and argument held on Government's RESTRICTED Motion *in Limine*, Defendant's RESTRICTED document [ECF Doc. #77], Government's Trial Brief [ECF Doc. #82],

**ORDERED:  Government's RESTRICTED Motion in Limine [ECF Doc. #83] is
                        TAKEN UNDER ADVISEMENT.**

**ORDERED:   Defendant's RESTRICTED document [#77] is TAKEN UNDER ADVISEMENT and the Court has given guidance on how this shall be handled during trial.**

Proposed jury instructions and objections reviewed and ruled upon as stated on the record.

**2:54 p.m.**     **Court in recess.**
**3:50 p.m.**     **Court in session.**

Discussion and argument held on Defendant's Motion *in Limine* and proposed expert testimony.

**ORDERED:   Defendant's Motion *in Limine* [ ECF Doc. #86] is DENIED.**

Discussion held on Defendant's Trial Brief [ ECF Doc. #87]. The Court has given guidance to counsel on how concerns should be handled during trial.

A five-day Jury Trial is set to commence on February 6, 2023, at 9:00 a.m. before Judge Regina M. Rodriguez in Courtroom A901.  Counsel shall arrive by 8:30 a.m. for the first day of trial.  If there are issues that need to be resolved prior to the commencement of trial, counsel shall notify the Court no later than noon on the Friday before trial, and the Court may start at 8:00 a.m. to resolve those issues.  Beginning on the second day and throughout the rest of the trial, trial will commence at 8:00 a.m.  If counsel have a dispute that the Court needs to hear, they shall notify the courtroom deputy clerk in advance.

*Voir dire* will be limited to 45 minutes per side. The parties may obtain the Court's standard *voir dire* questions from the courtroom deputy clerk. One alternate juror will be seated. Further jury selection procedures reviewed as stated on the record.

**ORDERED:   Witnesses will be sequestered. Each party shall make sure each of their witnesses comply with this order. The advisory witness is excluded from the sequestration order.**

Opening statements will be limited to 20 minutes per side. Counsel must present from the lectern.

Proposed verdict form accepted as submitted.

**ORDERED:   Parties must submit any updated stipulations, updated joint witness and exhibit lists, updated list of *voir dire* questions, and any remaining issues in regard to redaction of the interview video by 12:00 p.m. on Friday, February 3, 2023. Each side must designate 1 person to meet with the courtroom deputy at the end of each day to verify what exhibits have been admitted.**

**5:07 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:    02:33