| Redactions | PAGE REF TX | TEXT | OBJ | APPROX MIN |
|---|---|---|---|---|
| INV_428 | | | | |
| Resolved | INV _379 | section discussing "fights" | 404B, 403 | 20:20 |
| Stricken | INV_385 | "cultural element" | 403, 602, 702 | 42 min |
| * | INV_385 | **Angie discussion, all to p. 386 to "You know I think that what happened..."** | 403, 802, 602, 805, & 608(A), 702 | 45 |
| * | INV_387 | "I think you did hurt Zia" | 403, 602, 701 | |
| | INV_387 | "haven't been able to talk to her about it".. cutting "hate in her heart speech" to "it's hard for her to stand up for herself right now" on 388 | 403, 404B, 802, 602 | |
| * | INV_388 | **"So you know how hard that was for her, that night?"** | 602, 802, 403 | |
| Stricken/Resolved | INV_ 389 | "you know you can't talk to her right .. no contact order .." | 404B, 403 | |
| Stricken/Resolved | INV_389 | "I talked to a lawyer" | 403, 802, 6th amendment | |

|  | INV_389 | Brandt's speech about Zia/ improper opinion | 403, 802, 602, 402 |  |
|---|---|---|---|---|
| ✱ | INV_390 | **"related to experience I had before"** | 404B |  |
| INV_429 | INV_390 | "Angie ..." | 403, 802, 602, 805, & 608(A), 702 | 7:31 |
|  | INV_390 | "with your past experiences" | 404B, 403 | 10 min |
| Stricken/Resolved | INV_391 | "Did anything like that happen more than once...." | 404B | 11:30 |
| Stricken/Resolved | INV_392 | "she has a background too" | 403, 602, 802 | 18:06 |
| Stricken/Resolved | INV_392 | "I did a lot of bad things to a a lot of people too" | 404B, 402, 403 |  |
| Stricken/Resolved | INV_392 | Galiano "hate" speech | 403, 404B, 402 |  |
|  | INV_393 | "you've become a better person since then" ... | 404B, 403, 602, 402 | 20 min |
|  | INV_395 | Brandt's opinion speech: "And part of the reaonson ... there's a reason why you talked to someone.. " | 802, 602, 403 |  |
| **✱ Def. withdrew request to remove Govt's obj.** | INV_397 | **Moss' opinion and guessing. Context to the interview** | No objection | 31 min |

| | | | | |
|---|---|---|---|---|
| Stricken/Resolved | INV_399 | Brandt : "That's what I studied, is psychology" | 402, 403 | |
| Stricken/Resolved | INV_402 | "I know I cannot talk to her.." deleted the rest to the end as irrelevant and confusing as it discussed what the judge is going to do, his mental health, etc. | 404B, 403, 402 | 5 min |
| | INV_428-30/ pg 37 | Moss: "I screwed up" | 403 and 404(b) | 10 min |