IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00208-RMR-1 | Date: February 6, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Interpreter: Michael Mudd | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Thomas John Minser |
| | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| JOSE GALIANO, | David Matthew Beller |
| | Michon L. Hughes |
| Defendant. | |

### COURTROOM MINUTES

**JURY TRIAL – DAY 1**

**9:22 a.m.  Court in session.**

Jury panel present.

Court calls case. Appearances of counsel. Defendant is present on bond.

Also present and seated at Government's counsel table is Special Agent Kristen Brandt.

Jury panel sworn for voir dire.

Court's preliminary remarks and introduction of staff, counsel, and parties.

9:57 a.m.     Voir dire by the Court.

10:03 a.m. to 10:04 a.m.    Bench conference.

Continued voir dire by the Court.

10:11 a.m. to 10:12 a.m.    Bench conference.

Continued voir dire by the Court.

11:09 a.m. to 11:15 a.m.    Bench conference.

**11:15 a.m.    Court in recess.**
**11:35 a.m.    Court in session.**

Continued voir dire by Court.

11:53 a.m.    Voir dire by Mr. Buchman.

12:40 p.m.    Voir dire by Mr. Beller.

1:25 p.m. to 1:30 p.m.    Bench conference.

**1:32 p.m.    Court in recess.**
**2:08 p.m.    Court in session.**

**ORDERED:   Defendant's oral motion to dismiss juror 100443375 for cause is DENIED.**

Jury panel present.

2:12 p.m.    Voir Dire by Mr. Buchman

2:15 p.m. to 2:16 p.m.    Bench conference.

2:19 p.m.    Voir Dire by Mr. Buchman.

2:25 p.m.    Voir Dire by Mr. Beller.

Jurors excused for cause:

1) 100433683
2) 100472049
3) 100425768
4) 100428325
5) 100471983
6) 100458961
7) 100440934
8) 100460081
9) 100427528
10) 100452493
11) 100471057

12) 100470503
13) 100457120

Government's challenges:

1) 100451480
2) 100441265
3) 100439257
4) 100466241
5) 100464889
6) 100444220
7) 100443526

Defendant's challenges:

1) 100456385
2) 100442032
3) 100471590
4) 100443375
5) 100457229
6) 100427183
7) 100425250
8) 100466397
9) 100434301
10) 100441371
11) 100432988

3:12 p.m. Thirteen jurors selected to try the case:

1) 100469269
2) 100465754
3) 100455816
4) 100469093
5) 100426702
6) 100433768
7) 100460740
8) 100462674
9) 100436268
10) 100434958
11) 100447908
12) 100434954
13) 100430541

Jury panel sworn.

Court instructs jurors.

3:30 p.m.      Government's opening statement by Mr. Minser.

3:46 p.m.      Defendant's opening statement by Mr. Beller.

4:05 p.m.      Jury excused until February 7, 2023 at 8:00 a.m.

Discussion and argument regarding Defendant's Objections to Government's Trial Exhibit 3.

**ORDERED:   The Court rules on Defendant's Objections 1-5 to Government's Trial Exhibit 3 as stated on the record. Defendant's Objection #6 is TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Defendant's bond is continued.

**4:33 p.m.      Court in recess.**

Trial continued.
Total time in court:    06:15