IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00208-RMR-1 | Date: February 7, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Interpreter: Michael Mudd | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Thomas John Minser |
| | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| JOSE GALIANO, | David Matthew Beller |
| | Michon L. Hughes |
| Defendant. | |

### COURTROOM MINUTES

**JURY TRIAL – DAY 2**

**8:09 a.m.  Court in session.**

Court calls case. Appearances of counsel. Defendant is present on bond.

Also present and seated at Government's counsel table is Special Agent Kristen Brandt.

Jury present.

Government's witness, Colonel Clarence Lukes, sworn.

8:11 a.m.     Direct examination of Colonel Lukes by Mr. Minser.

**Government's Exhibit 2 is admitted.**

8:38 a.m.     Cross-examination of Colonel Lukes by Ms. Hughes.

8:54 a.m.     Redirect examination of Colonel Lukes by Mr. Minser.

Witness excused.

Government's witness, Lizzie Kim, sworn.

8:57 a.m.     Direct examination of Ms. Kim by Mr. Minser.

**9:54 a.m.     Court in recess.**
**10:17 a.m.    Court in session.**

Jury present.

10:19 a.m.    Cross-examination of Ms. Kim by Mr. Beller.

**Defendant's Exhibits M-6, M-4, M-5, Q-2, are admitted.**

10:49 a.m. to 10:50 a.m.    Bench conference.

Continued cross-examination of Ms. Kim by Mr. Beller.

**Defendant's Exhibits F-6, M-2, D-5, are admitted.**

Jury excused.

Discussion regarding Defendant's Exhibit U.

Jury present.

Continued cross-examination of Ms. Kim by Mr. Beller.

**Defendant's Exhibit U is admitted.**

11:35 a.m.    Redirect examination of Ms. Kim by Mr. Minser.

11:49 a.m. to 11:55 a.m.    Bench conference.

11:55 a.m.    Recross-examination of Ms. Kim by Mr. Beller.

11:57 a.m.    Re-redirect examination of Ms. Kim by Mr. Minser.

Witness excused.

Government's witness, Christian Ritchot, sworn.

11:59 a.m.    Direct examination of Mr. Ritchot by Mr. Buchman.

Jury excused.

Discussion regarding Defendant's request to voir dire the witness.

**12:17 p.m.    Court in recess.**
**1:19 p.m.     Court in session.**

Discussion regarding testimony of Mr. Ritchot. Mr. Ritchot is permitted to testify within the parameters as discussed on the record.

Jury present.

Continued direct examination of Mr. Ritchot by Mr. Buchman.

1:53 p.m. to 1:54 p.m.     Bench conference.

Continued direct examination of Mr. Ritchot by Mr. Buchman.

2:02 p.m. to 2:06 p.m.     Bench conference.

Continued direct examination of Mr. Ritchot by Mr. Buchman.

2:09 p.m.     Cross-examination of Mr. Ritchot by Ms. Hughes.

2:25 p.m.     Redirect examination of Mr. Ritchot by Mr. Buchman.

2:29 p.m.     Recross-examination of Mr. Ritchot by Ms. Hughes.

Witness excused.

Government's witness, Angie Maravi-Campos, sworn.

2:38 p.m.     Direct examination of Ms. Maravi-Campos by Mr. Buchman.

Jury excused until February 8, 2023 at 8:00 a.m.

Discussion regarding Defendant's Objection #6 to Government's Trial Exhibit 3.

**ORDERED:  Defendant's Objection #6 to Government's Trial Exhibit 3 is OVERRULED IN PART and SUSTAINED IN PART.**

**ORDERED:  Defendant's bond is continued.**

**3:11 p.m.    Court in recess.**

Trial continued.
Total time in court:    05:37