IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Criminal Action No.: 22-cr-00208-RMR-1　　　　　Date: February 8, 2023
Courtroom Deputy:  Kally Myhaver　　　　　　　　Court Reporter: Terri Lindblom
Interpreter: Michael Mudd

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Thomas John Minser |
| | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| JOSE GALIANO, | David Matthew Beller |
| | Michon L. Hughes |
| Defendant. | |

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 3**

**8:07 a.m.  Court in session.**

Court calls case. Appearances of counsel. Defendant is present on bond.

Also present and seated at Government's counsel table is Special Agent Kristen Brandt.

Jury present.

Continued direct examination of Ms. Maravi-Campos by Mr. Buchman.

8:23 a.m.　　Cross-examination of Ms. Maravi-Campos by Mr. Beller.

8:35 a.m.　　Redirect examination of Ms. Maravi-Campos by Mr. Buchman.

Witness excused.

Government's witness, Katelynn Gomez, sworn.

8:39 a.m.　　Direct examination of Ms. Gomez by Mr. Buchman.

8:44 a.m. to 8:46 a.m.        Bench conference.

Continued direct examination of Ms. Gomez by Mr. Buchman.

8:57 a.m.        Cross-examination of Ms. Gomez by Ms. Hughes.

9:08 a.m. to 9:08 a.m.        Bench Conference.

Continued cross-examination of Ms. Gomez by Ms. Hughes.

9:17 a.m.        Redirect examination of Ms. Gomez by Mr. Buchman.

9:19 a.m.        Recross-examination of Ms. Gomez by Ms. Hughes.

Witness excused.

9:21 a.m. to 9:21 a.m.        Bench Conference.

Government's witness, Master Sergeant Christopher Hughes, sworn.

9:23 a.m.        Direct examination of by Master Sergeant Hughes by Mr. Minser.

9:28 a.m.        Cross-examination of Master Sergeant Hughes by Ms. Hughes.

9:34 a.m.        Redirect examination of Master Sergeant Hughes by Mr. Minser.

9:35 a.m.        Recross-examination of Master Sergeant Hughes by Ms. Hughes.

Witness excused.

**9:39 a.m.        Court in recess.**
**10:01 a.m.       Court in session.**

Jury present.

Government's witness, Jesse Fimian, by video conference, sworn.

10:04 a.m.       Direct examination of by Mr. Fimian by Mr. Buchman.

10:16 a.m.       Cross-examination of Mr. Fimian by Ms. Hughes.

10:32 a.m.       Redirect examination of Mr. Fimian by Mr. Buchman.

10:34 a.m.       Recross-examination of Mr. Fimian by Ms. Hughes.

Witness excused.

Government's witness, Jean McAllister, sworn.

10:37 a.m.     Direct examination of Ms. McAlister by Mr. Buchman.

Ms. McAllister is offered as an expert under FRE 702.

10:49 a.m. to 10:52 a.m.     Bench Conference.

10:53 a.m.     Voir dire of Ms. McAllister by Ms. Hughes.

10:58 a.m. to 11:01 a.m.     Bench Conference.

Continued voir dire of Ms. McAllister by Ms. Hughes.

11:03 a.m. to 11:03 a.m.     Bench Conference. Defendant's objection to Ms. McAllister's qualification as an expert is OVERRULED.

Ms. McAllister is qualified under FRE 702 as an expert.

Continued direct examination of Ms. McAllister by Mr. Buchman.

11:13 a.m. to 11:15 a.m.     Bench Conference.

Continued direct examination of Ms. McAllister by Mr. Buchman.

11:34 a.m.     Cross-examination of Ms. McAllister by Ms. Hughes.

**11:56 p.m.     Court in recess.**
**12:37 p.m.     Court in session.**

Discussion regarding testimony of Ms. McAllister.

Jury present.

Continued cross-examination of Ms. McAllister by Ms. Hughes.

12:47 p.m. to 12:52 p.m.     Bench conference.

Continued cross-examination of Ms. McAllister by Ms. Hughes.

1:03 p.m.     Redirect examination of Ms. McAllister by Mr. Buchman.

1:05 p.m. to 1:07 p.m.     Bench Conference.

3

Continued redirect examination of Ms. McAllister by Mr. Buchman.

Witness excused.

Government's witness, Detective Joy Moss, sworn.

1:13 p.m.        Direct examination of by Detective Moss by Mr. Minser.

1:17 p.m. to 1:19 p.m.        Bench conference.

Discussion regarding trial schedule.

**Government's Exhibit 3 is admitted.**

Government's Exhibit 3 is played in open court.

Jury excused until February 9, 2023 at 8:00 a.m.

Discussion regarding remaining witnesses and length of testimony.

Discussion regarding jury instructions.

Parties shall confer and resubmit Government's exhibit 3 with the appropriate redactions.

**ORDERED:   Defendant's oral Motion to Allow Witness to Testify by Video is GRANTED.**

**ORDERED:   Defendant's bond is continued.**

**3:23 p.m.        Court in recess.**

Trial continued.
Total time in court:    06:13