IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00208-RMR-1 | Date: February 9, 2023 |
| Courtroom Deputy:  Kally Myhaver | Court Reporter: Terri Lindblom |
| Interpreter: Michael Mudd | |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Thomas John Minser |
| | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| JOSE GALIANO, | David Matthew Beller |
| | Michon L. Hughes |
| Defendant. | |

### COURTROOM MINUTES

**JURY TRIAL – DAY 4**

**8:19 a.m.  Court in session.**

Court calls case. Appearances of counsel. Defendant is present on bond.

Also present and seated at Government's counsel table is Special Agent Kristen Brandt.

Jury present.

Continued direct examination of Detective Moss by Mr. Minser.

8:22 a.m.      Cross-examination of Detective Moss by Mr. Beller.

8:41 a.m. to 8:42 a.m.      Bench Conference.

Continued cross-examination of Detective Moss by Mr. Beller.

**10:37 a.m.     Court in recess.**
**10:58 a.m.     Court in session.**

Jury present.

11:00 a.m.    Redirect examination of Detective Moss by Mr. Minser.

11:06 a.m.    Recross-examination of Detective Moss by Mr. Beller.

Witness excused.

11:08 a.m. to 11:08 a.m.    Bench Conference.

Mr. Minser reads the parties' stipulation into the record.

Government rests.

11:10 a.m. to 11:13 a.m.    Bench Conference. Defendant's oral Motion for Judgment of Acquittal Pursuant to Rule 29 by Mr. Beller is TAKEN UNDER ADVISEMENT.

**11:13 a.m.    Court in recess.**
**11:19 a.m.    Court in session.**

Discussion regarding jury instructions.

Jury present.

Court advises jury.

Defendant's witness, Aidan Galvin, sworn.

11:25 a.m.    Direct examination of by Mr. Galvin by Mr. Beller

11:34 a.m.    Cross-examination of Mr. Galvin by Mr. Buchman.

11:46 a.m.    Redirect examination of Mr. Galvin by Mr. Beller.

Witness excused.

Jury excused.

Discussion regarding remaining witnesses and trial schedule.

**11:57 a.m.    Court in recess.**
**12:43 p.m.    Court in session.**

The Court advises Defendant regarding his right to testify.

Argument regarding Defendant's oral Motion for Judgment of Acquittal Pursuant to Rule 29.

**ORDERED:   Defendant's oral Motion for Judgment of Acquittal Pursuant to Rule 29 is DENIED.**

Discussion and argument regarding final jury instructions.

**ORDERED:   Government's previously submitted exhibit 3 is withdrawn and revised Exhibit 3 is admitted.**

Jury present.

Defendant rests.

Court reads jury instructions.

1:40 p.m. Government's closing argument by Mr. Buchman.

2:01 p.m. Defendant's closing argument by Ms. Hughes.

2:26 p.m. Government's closing rebuttal argument by Mr. Minser.

Court instructs jury regarding deliberations.

The alternate juror is excused with the thanks of the Court.

Court Security Officer Sworn.

Jury excused to begin deliberations.

**2:38 p.m.     Court in recess.**
**3:56: p.m.    Court in session.**

The Court has received notice that the jury has reached a verdict.

Jury present.

Court reads the verdict.

Defendant found NOT GUILTY on the single count of the Indictment.

Jury is discharged with the thanks of the Court.

**ORDERED:   Judgment of Acquittal shall issue.**

**ORDERED:   Bond is exonerated as to Defendant**

**ORDERED:   Defendant's passport may be returned.**

**4:02 p.m.    Court in recess.**

Trial concluded
Total time in court:    05:19