IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Criminal Case No. 1:22-cr-00208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GALIANO,
    a/k/a JOSE GALIANO APAZA,

    Defendant.

---

# VERDICT FORM

---

## COUNT 1

**COUNT 1: Aggravated Sexual Abuse**

We, the jury, upon our oaths, unanimously find Mr. Galiano, in Count 1 of the indictment, charging Mr. Galiano with Aggravated Sexual Abuse.

__X__    Not Guilty

_____    Guilty

02-09-2023
Date

[Foreperson signature redacted]
Foreperson

2

ORIGINAL