AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

UNITED STATES OF AMERICA

V.

JOSE GALIANO

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   22-cr-00208-RMR-1

On February 9, 2023, the jury found the Defendant, Jose Galiano, not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Regina M. Rodriguez, United States District Judge
Name and Title of Judge

February 10, 2023
Date