IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE REGINA M. RODRIGUEZ

Date: _02-09-2023_          Case No.   22-cr-00208-RMR

Time: _3:21 P.M._

_X_ We have reached a verdict.

____ We have a question.

### NOTE FROM JURY

By:_____

Foreperson

### COURT'S RESPONSE TO NOTE FROM JURY

By:_____

Regina M. Rodriguez
United States District Judge