IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00208-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE GALIANO,

    Defendant.

## MOTION FOR RELEASE OF PASSPORT

Jose Galiano, by and through counsel, David M. Beller of Recht Kornfeld, P.C., respectfully requests an Order from this Court directing the Clerk of Court to release Mr. Galiano's passport back to him, and in support states the following:

1. On June 28, 2022, Mr. Galiano surrendered his passport to the U.S. District Court Clerk for the District of Colorado. The clerk's office is currently holding Mr. Galiano's passport.

2. Mr. Galiano was acquitted at trial on February 9, 2023. The Courtroom Minutes for Jury Trial Day 4 order that Defendant's passport may be returned (ECF Document no. 101).

3. Mr. Galiano will collect the passport from the clerk's office upon the granting of this motion. Alternatively, Mr. Galiano has authorized a representative from undersigned counsel's office to receive the passport on his behalf.

WHEREFORE, undersigned counsel respectfully requests an Order from this Court directing the Clerk of Court to release Mr. Galiano's passport back to him, or to a representative of the office of Recht Kornfeld, P.C.

Dated this 27th day of February, 2023.

**RECHT KORNFELD, P.C.**


*s/ David M. Beller*
David M. Beller
Attorney for Defendant Jose Galiano
1600 Stout Street, Suite 1400
Denver, Colorado 80202
Tel: (303) 573-1900
Fax: (303) 446-9400
david@rklawpc.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2023, I electronically filed the foregoing **MOTION FOR RELEASE OF PASSPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.


*s/ Erin Holweger*