PS 40A (Rev. 02/15) Notice Regarding Foreign Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| TO: | Immigration and Customs Enforcement - DRO<br>Denver Field Office<br>12445 East Caley Avenue<br>Centennial, CO 80111 | FROM: | United States District Court<br>District of Colorado<br>901 19th Street, Room A105<br>Denver, CO 80294 |

Date: 06/28/2022

By s/ J. Torres, Deputy Clerk

Defendant: Jose Galiano                          Case Number: 22-cr-00208-RMR-1
Date of Birth: ▓▓ 2000                           Place of Birth: Cusco, Peru
SSN: NONE PROVIDED                               Alien ("A") Number: NONE PROVIDED

The above-named defendant surrendered Passport Number   E16008355   (Issuing Country   Peru  ) to the custody of the U.S. District Court on   06/28/2022  .

## NOTICE OF DISPOSITION

The above case has been disposed of, and the above order of the court is no longer in effect.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

DEFENDANT NOT CONVICTED. RELEASED TO DEFENDANT.   _[signature]_   3/6/2023 (ECF 109)

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court